AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 05-10807 NG    DATE FILED 04/22/2005 | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS |

| PLAINTIFF | DEFENDANT |
|---|---|
| Neutone Recordings | Dreamworks SKG, Dreamworks, Inc., Dreamworks Distribution, LLC, Dreamworks Productions, LLC, Dreamworks International Distribution, LLC (continued, see attached) |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  PAu-2-829-551 | El Mambo | see attached |
| 2  SRu-531-993 | El Mambo | see attached |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**  1) Upon initiation of action, mail copy to Register of Copyrights   2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights   3) Upon termination of action, mail copy to Register of Copyrights   4) In the event of an appeal, forward copy to Appellate Court   5) Case File Copy

Civil Action No. 05-10807 NG

Attachment to Report On The
Filing Or Determination Of An
Action Or Appeal
Regarding A Copyright

Defendants, continued: Dreamworks, LLC, Dreamworks Films, LLC, Home Box Office, Inc., Latin Music Entertainment, Inc., Dimelo! Records.

Author of Copyright Registration PAu-2-829-551: Marcelo Carlos Castelli Pintos aka Marcello Castelli and Gustavo Bravetti.

Author of Copyright Registration SRu-531-993: Marcelo Carlos Castelli Pintos aka Marcello Castelli and Gustavo Bravetti