UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>            Plaintiff,<br><br>v.<br><br>DREAMWORKS SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>  DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>            Defendants. | CIVIL ACTION No. 05-CV-10807 NG |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of John A. Shope on behalf of defendants DreamWorks SKG, DreamWorks, Inc., DreamWorks Distribution, LLC, DreamWorks Productions, LLC, DreamWorks International Distribution, LLC, DreamWorks, LLC, DreamWorks Films, LLC and Home Box Office, Inc., in the above-named action.

- 2 -

Respectfully submitted,

DREAMWORKS SKG, DREAMWORKS, INC., DREAMWORKS DISTRIBUTION, LLC, DREAMWORKS PRODUCTIONS, LLC, DREAMWORKS INTERNATIONAL DISTRIBUTION, LLC, DREAMWORKS, LLC, DREAMWORKS FILMS, LLC and HOME BOX OFFICE, INC.,

By their attorney,

 /s/ John A. Shope
John A. Shope (BBO No. 562056)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832.1000

Dated: June 24, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2005, I caused a true copy of the above document to be served upon William Carroll,, Esquire, counsel for Neutone Recordings, by facsimile and mail.

 /s/ John A. Shope
John. A. Shope