UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>            Plaintiff,<br><br>v.<br><br>DREAMWORKS SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>  DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>            Defendants. | CIVIL ACTION No. 05-CV-10807 NG |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule 6(b), defendants DreamWorks SKG, DreamWorks, Inc., DreamWorks Distribution, LLC, DreamWorks Productions, LLC, DreamWorks International Distribution, LLC, DreamWorks, LLC, DreamWorks Films, LLC (collectively, the "DreamWorks Defendants") and Home Box Office, Inc. ("HBO") hereby move to extend the time in which they may respond to the complaint for 30 days, until July 27, 2005. Plaintiff Neutone Recordings has assented to this extension of time.

As further grounds for the motion, the DreamWorks Defendants and HBO state as follows:

1.      This is a copyright action alleging that the defendants have made use of a recording entitled "El Mambo" in violation of rights allegedly granted to Neutone.

2. Pursuant to Federal Rule 12(a)(1)(B), the deadline for DreamWorks Defendants and HBO to file a response to the complaint is June 27, 2005.

3. DreamWorks Defendants and HBO require additional time to respond to the complaint because such a response cannot be accomplished without investigation into multiple licenses relating to the copyrights at issue and, in particular, an agreement which requires interpretation into English and presents issues of Uruguayan law.

4. None of the parties will be prejudiced by the requested extension, and Neutone has indicated its assent to this extension of time.

WHEREFORE, DreamWorks Defendants and HBO respectfully requests a thirty-day extension of time until July 27, 2005 to file their response to the complaint.

Respectfully submitted,

DREAMWORKS SKG, DREAMWORKS, INC., DREAMWORKS DISTRIBUTION, LLC, DREAMWORKS PRODUCTIONS, LLC, DREAMWORKS INTERNATIONAL DISTRIBUTION, LLC, DREAMWORKS, LLC, DREAMWORKS FILMS, LLC and HOME BOX OFFICE, INC.,

By their attorney,

  /s/ Gabriel M. Helmer
John A. Shope (BBO No. 562056)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 832.1000

Dated: June 24, 2005

- 3 -

| **CERTIFICATION OF COUNSEL** | **CERTIFICATE OF SERVICE** |
|---|---|
| Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on June 24, 2005 counsel for Dreamworks Defendants and HBO conferred counsel for Neutone Recordings, William H. Carroll, Esquire, in a good faith attempt to resolve the issues raised in this motion and counsel indicated his assent. | I hereby certify that on the 24th day of June, 2005, I caused a true copy of the above document to be served upon William H. Carroll,, Esquire, counsel for Neutone Recordings, by facsimile and mail. |
| /s/ Gabriel M. Helmer<br>Gabriel M. Helmer | /s/ Gabriel M. Helmer<br>Gabriel M. Helmer |