UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

NEUTONE RECORDINGS,

Plaintiff,

v.                                                    CIVIL ACTION No. 05-CV-10807 NG

DREAMWORKS SKG,
DREAMWORKS, INC.,
DREAMWORKS DISTRIBUTION, LLC,
DREAMWORKS PRODUCTIONS, LLC,
DREAMWORKS INTERNATIONAL
  DISTRIBUTION, LLC,
DREAMWORKS, LLC,
DREAMWORKS FILMS, LLC,
HOME BOX OFFICE, INC.,
LATIN MUSIC ENTERTAINMENT,
and DIMELO! RECORDS,

Defendants.

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Neutone

Recordings hereby gives notice of the dismissal without prejudice of the following named

defendants in above-captioned matter: DreamWorks SKG, DreamWorks, Inc., and DreamWorks

Films, LLC.

NEUTONE RECORDINGS,

By its attorney,

William Carroll, Esquire
BBO Number 076400
48 Forest Street
Wakefield, MA 01880
(781) 621-8258

Dated: July 1, 2005

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the served via facsimile and first class mail upon the counsel of record as set forth below this 27th day of July 2005:

William Strong
Kotin, Crabtree & Strong, LLP
Attorneys At Law
One Bowdoin Square
Boston, MA 02114

John A. Shope
Foley Hoag, LLP
Seaport World Trade Center West
155 Seaport Blvd
Boston, MA 02210-2600

William H. Carroll
BBO# 076400
48 Forest Street
Wakefield, MA 01880
781-621-8258