UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>               Plaintiff,<br><br>v.<br><br>DREAMWORKS SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>  DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>               Defendants. | CIVIL ACTION No. 05-CV-10807 NG |

**DEFENDANTS' MOTION TO DISMISS**
**FOR FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES**

Pursuant to Federal Rules 12(b)(7), 17(a) and 19, and the Copyright Act, 17 U.S.C. § 501 (b), and for the reasons set forth more fully in the Affidavits of Nissim J. Baly, John Ehlers, Jr. and John A. Shope, and in the accompanying memorandum of law, defendants DreamWorks Distribution LLC, DreamWorks Productions, LLC, DreamWorks International Distribution, LLC, DreamWorks, LLC, Home Box Office, Inc., Latin Music Entertainment, Inc. and Dimelo! Records hereby move this Court for entry of an order dismissing this lawsuit for failure to join parties necessary and indispensable to the resolution of this action. This matter must be dismissed because plaintiff Neutone Recordings has failed to join Gustavo Bravetti and Marcelo Castelli, the authors and copyright owners of the copyright in suit, as well as Dee Jay Music, the original music producer and licensee who conveyed the right to use the subject work, "El

Mambo," to the named defendants in this case. Neutone demands that this Court determine the validity of the "El Mambo" copyrights and extinguish the rights originally granted by a series of licenses without involving either the copyright owners or the original licensee. These parties are necessary to the just adjudication of this action because any resolution of this action requires the Court to determine the validity and scope of their intellectual property rights and issue a binding interpretation of their existing contractual obligations. The defendants therefore respectfully request that the Court dismiss this matter in the interests of equity and good conscience.

| LATIN MUSIC ENTERTAINMENT, and DIMELO! RECORDS, | DREAMWORKS DISTRIBUTION, LLC, DREAMWORKS PRODUCTIONS, LLC, DREAMWORKS INTERNATIONAL DISTRIBUTION, LLC, DREAMWORKS LLC, and HOME BOX OFFICE, INC., |
|---|---|
| By their attorney, | By their attorneys, |
| /s/ William S. Strong | /s/ Gabriel M. Helmer |
| William S. Strong (BBO No. 483520)<br>KOTIN, CRABTREE & STRONG, LLP<br>One Bowdoin Square<br>Boston, Massachusetts 02114<br>(617) 227-7031 | John A. Shope (BBO No. 562056)<br>Gabriel M. Helmer (BBO No. 652640)<br>Michael C. Martin (BBO No. 653876)<br>FOLEY HOAG LLP<br>155 Seaport Blvd.<br>Boston, Massachusetts 02210<br>(617) 832-1000 |

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on July 25 and 26, 2005, John A. Shope, Esquire, counsel to the DreamWorks defendants and HBO, attempted to confer with William Carroll, Esquire, counsel for Neutone Recordings, in a good faith attempt to resolve the issues raised in this motion and was unable to resolve this matter.

/s/ Gabriel M. Helmer
Gabriel M. Helmer

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2005, I caused a true copy of the above document to be served upon William Carroll, Esquire, counsel for Neutone Recordings, by facsimile and mail.

/s/ Gabriel M. Helmer
Gabriel M. Helmer

B3070004.3