UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>           Plaintiff,<br><br>v.<br><br>DREAMWORKS SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>  DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>           Defendants. | CIVIL ACTION No. 05-CV-10807 NG |

**DEFENDANTS' MOTION TO DISMISS**
**FOR FAILURE TO NAME THE CORRECT PARTY**

Pursuant to Fed. R. Civ. P. 12(b)(6) and 17(b), and for the reasons set forth more fully in

the accompanying memorandum of law, defendants DreamWorks Distribution LLC,

DreamWorks Productions, LLC, DreamWorks International Distribution, LLC, DreamWorks,

LLC, Home Box Office, Inc., Latin Music Entertainment, Inc. and Dimelo! Records hereby

move this Court for entry of an order dismissing plaintiff's state law claims, Counts 37-46 of the

complaint, because the named plaintiff, Neutone Recordings, has failed to name its two general

partners as plaintiffs, as required.

- 2 -

LATIN MUSIC ENTERTAINMENT, and
DIMELO! RECORDS,

DREAMWORKS DISTRIBUTION, LLC,
DREAMWORKS PRODUCTIONS, LLC,
DREAMWORKS INTERNATIONAL
DISTRIBUTION, LLC, DREAMWORKS
LLC, and HOME BOX OFFICE, INC.,

By their attorney,

By their attorneys,

**/s/ William S. Strong**

William S. Strong (BBO No. 483520)
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
(617) 227-7031

**/s/ Gabriel M. Helmer**

John A. Shope (BBO No. 562056)
Gabriel M. Helmer (BBO No. 652640)
Michael C. Martin (BBO No. 653876)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts  02210
(617) 832-1000

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on July 26, 2005, John A. Shope, Esquire, counsel for the DreamWorks defendants and HBO attempted to confer with William Carroll, Esquire, counsel for Neutone Recordings, in a good faith attempt to resolve the issues raised in this motion and was unable to resolve this matter.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2005, I caused a true copy of the above document to be served upon William Carroll, Esquire, counsel for Neutone Recordings, by facsimile and mail.

**/s/ Gabriel M. Helmer**

Gabriel M. Helmer

**/s/ Gabriel M. Helmer**

Gabriel M. Helmer

FHBOSTON/3074715.2