UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>               Plaintiff,<br><br>v.<br><br>DREAMWORKS SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>  DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>               Defendants. | CIVIL ACTION No. 05-CV-10807 NG |

## **DEFENDANTS' MOTION TO TRANSFER VENUE**

Pursuant to 28 U.S.C. § 1404(a), and for the reasons set forth more fully in the Affidavits of Nissim J. Baly, John Ehlers, Jr. and John A. Shope, and in the accompanying memorandum of law, defendants DreamWorks Distribution LLC, DreamWorks Productions, LLC, DreamWorks International Distribution, LLC, DreamWorks, LLC, Home Box Office, Inc., Latin Music Entertainment, Inc. and Dimelo! Records hereby move this Court for entry of an order transferring this action to the United States District Court for the Central District of California. Transfer of this case is appropriate because all but one of the defendants is based in that district, the alleged infringing activity occurred primarily in that district and, in contrast to Massachusetts, both all of the present defendants and all of the defendants necessary to the just adjudication of this action are subject to jurisdiction in that district.

- 2 -

| | |
|---|---|
| LATIN MUSIC ENTERTAINMENT, and DIMELO! RECORDS, | DREAMWORKS DISTRIBUTION, LLC, DREAMWORKS PRODUCTIONS, LLC, DREAMWORKS INTERNATIONAL DISTRIBUTION, LLC, DREAMWORKS LLC, and HOME BOX OFFICE, INC., |
| By their attorney, | By their attorneys, |
| **/s/ William S. Strong** | **/s/ Gabriel M. Helmer** |
| William S. Strong (BBO No. 483520) <br> KOTIN, CRABTREE & STRONG, LLP <br> One Bowdoin Square <br> Boston, Massachusetts 02114 <br> (617) 227-7031 | John A. Shope (BBO No. 562056) <br> Gabriel M. Helmer (BBO No. 652640) <br> Michael C. Martin (BBO No. 653876) <br> FOLEY HOAG LLP <br> 155 Seaport Blvd. <br> Boston, Massachusetts  02210 <br> (617) 832-1000 |

| **CERTIFICATE OF COUNSEL** | **CERTIFICATE OF SERVICE** |
|---|---|
| Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on July 26, 2005, John A. Shope, Esquire, counsel for the all DreamWorks defendants and HBO, attempted to confer with William Carroll, Esquire, counsel for Neutone Recordings, in a good faith attempt to resolve the issues raised in this motion and was unable to resolve this matter. | I hereby certify that on the 27th day of July, 2005, I caused a true copy of the above document to be served upon William Carroll, Esquire, counsel for Neutone Recordings, by facsimile and mail. |
| **/s/ Gabriel M. Helmer** <br> Gabriel M. Helmer | **/s/ Gabriel M. Helmer** <br> Gabriel M. Helmer |

B3074756.1