UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>               Plaintiff,<br><br>v.<br><br>DREAMWORKS SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>  DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>               Defendants. | CIVIL ACTION No. 05-CV-10807 NG |

## AFFIDAVIT OF JOHN A. SHOPE

I, John A. Shope, hereby depose and state:

1.    I am a partner of the law firm of Foley Hoag LLP and am counsel to defendants DreamWorks Distribution, LLC, DreamWorks Productions, LLC, DreamWorks International Distribution, LLC, DreamWorks, LLC, and Home Box Office, Inc. in this action. I submit this affidavit in support of all of the remaining defendants' motions to dismiss for failure to join necessary and indispensable parties and to transfer this case to the United States District Court for the Central District of California.

2.    The plaintiff has filed this action alleging copyright infringement arising from, among other things, the use of the musical work "El Mambo" for approximately thirty-four (34) seconds of interrupted background music in the motion picture "The Tuxedo" and a promotional feature for that film entitled "HBO First Look: Tailor Made For Jackie Chan."

3.      "The Tuxedo" stars Jackie Chan and Jennifer Love Hewitt.  During the scene in which "El Mambo" was used, Jackie Chan attempts to distract the villain's girlfriend by dancing with her in a nightclub while Jennifer Love Hewitt separately seeks to seduce the villain into revealing secrets about his terrorist plot.  The action in the scene cuts between Chan and the villain's girlfriend talking and dancing on the dance floor and Love Hewitt and the villain at a table.  "El Mambo" is faintly audible in the background as the scene briefly cuts to Chan talking and dancing.  Other background music is used while Love Hewitt speaks with the villain.

### The Individuals Involved In These Events

4.      All of the individuals involved in the selection and licensing of "El Mambo" for use in "The Tuxedo," and therefore the witnesses the defendants would likely seek to call at trial, are located in California.

5.      I am advised that Billy Gottlieb of Playback Music in Los Angeles, who was never an employee of any DreamWorks company, was hired as the Music Supervisor to select the music for "The Tuxedo."   Gottlieb was responsible for the selection of "El Mambo" for use in "The Tuxedo."  The defendants expect that Gottlieb's testimony will support their contention that "El Mambo" was used as generic dance music and that any number of other titles available at equally modest expense would have served the purpose for which "El Mambo" was used.

6.      I am advised that Gottlieb contacted Nissim J. Baly, the principal of defendant Latin Music Entertainment, Inc. ("LME"), to obtain LME's terms for licensing "El Mambo." Baly, a resident of California, reportedly was involved in obtaining a license to "El Mambo" from Dee Jay Music Producciones of Uruguay and LME's distribution of a compilation CD containing "El Mambo" and several other musical works.  The defendants expect Baly to testify that Gustavo Bravetti, one of two alleged authors and performers of "El Mambo," repeatedly contacted him in California and expressed gratitude for LME's commercialization of "El

- 2 -

Mambo." Both Baly and Gottlieb are expected to testify as to their good faith belief that the defendants' use of "El Mambo" was made pursuant to properly authorized licenses.

7.     Lenny Wohl and Julie Butchko, both employees of DreamWorks Productions, LLC and residents of California, negotiated the terms of the Master Use License and Synchronization & Performance License between DreamWorks Productions, LLC and LME. The defendants expect Wohl and Butchko to testify to their good faith belief that they were purchasing properly licensed rights to "El Mambo" as well as to its limited fair market value ($3,000).

8.     In addition to these individuals, the production and distribution of the film took place in California and involved numerous DreamWorks personnel there. The defendants expect those persons to testify to the good faith belief that the defendants were distributing the film in the absence of infringement.

### Discovery In Uruguay

9.     In preparing the defendants' response to this lawsuit, the undersigned counsel has obtained the advice and counsel of an affiliate in the Lex Mundi International league of law firms, Ferrere Abogados, which has offices in Montevideo, Uruguay, to address the issues of Uruguayan law, procedure, and policy presented in this lawsuit.

10.     I am advised by the Ferrere firm that the only method available to the defendants to obtain discovery from Uruguayan citizens would be to obtain the Uruguayan government's execution of a letter rogatory issued by this Court pursuant to the Inter-American Convention on Letters Rogatory. Letters rogatory must include, among other things, a summary of the case details, the names of the persons whose depositions are to be taken and their addresses, the names of the attorneys authorized to prosecute the letters rogatory in Uruguay, and authorization

for the attorneys to attend the hearing. Most significantly, the letters rogatory must include a specific list of the questions to be asked.

11.     According to Uruguayan counsel, it is well known in Uruguay that it requires between six months and one year for the Uruguayan government to execute a properly issued request from an American court under the Convention's procedure. Pursuant Article 5 of the Convention as well as Uruguayan regulations, in Uruguay, letters rogatory shall be executed in accordance with the laws and procedural rules of Uruguay.

12.     I am also advised by Uruguayan counsel that Uruguayan law and public policy require that any depositions taken pursuant to a letter rogatory be taken by a Uruguayan judge, as set forth in Uruguay's Código General del Proceso §§ 8, 100, 161. I am further advised that because a deposition taken at a lawyer's office is opposed to the law and public policy, the defendants' counsel would not be allowed to depose a Uruguayan citizen in the fashion typical in the United States. Id. In such a civil law deposition, the Uruguayan judge would ask only the questions expressly set forth in the letter rogatory.

13.     The defendants' ability to cross-examine would be strictly limited in the case of a deposition pursuant to letters rogatory. Counsel may, solely at the court's discretion, ask limited questions posed to clarify the witness' answer to questions expressly identified in the letters rogatory. Código General del Proceso § 161.3. Any question posed by the parties that is not strictly related to the questions made by the judge may be deemed as unrelated to the subject matter of evidence and thus not permitted.

14.     The defendants' principal defense to the alleged infringement is a license given by the alleged co-author and co-owner of the subject copyrights, Gustavo Bravetti, a Uruguayan citizen, to a Uruguayan record producer known as Dee Jay Productions, also known as D.J.

- 4 -

Music Producciones. Inasmuch as the plaintiff, Neutone Recordings, contests the scope and validity of this license, cross-examination of Mr. Bravett will be critical, as regards (i) his business relationship with Dee Jay Productions, (ii) his reported conversations with LME's president, Nissim J. Baly, tending to confirm the scope of the Dee Jay license as including "El Mambo," (iii) the parallel authorization of Mr. Bravetti's alleged co-author and co-performer, Marcelo Castelli, to provide the license to Dee Jay, and (iv) the circumstances under which Mr. Bravetti's alleged girlfriend and Dee jay employee, Sibyla Trabal, obtained a recording of "El Mambo" and supplied it to LME. In addition, Mr. Bravetti's prior course of dealing with Dee Jay, which reportedly produced at least three CDs containing music by Mr. Bravetti, may be critical in determining the existence and scope of any license to "El Mambo." The defendants will be greatly prejudiced in their defense if not permitted to cross-examine Mr. Bravetti. Moreover, because Mr. Bravetti's credibility will lie at the heart of the case, the defendants may be prejudiced if he does not testify in person at trial.

### Documents Involved In These Events

15.     In my role as counsel, I have obtained the attached documents.

16.     Attached as **Exhibit A** is a true and correct copy of materials obtained from Marcelo Castelli's website, available at <http://www.marcelocastelli.com/>.

17.     Attached as **Exhibit B** is a true and correct copy of materials discussing Gustavo Bravetti obtained from the TrustTheDJ website, available at < http://www.trustthedj.com/>.

18.     Attached as **Exhibit C** is a true and correct copy of materials obtained from the Neutone Recordings website, available at < http://www.neutonerecordings.com/>.

19.     Attached as **Exhibit D** is a true and correct copy of materials obtained from the Grove Music Online website, available at < http://www.grovemusic.com/>.

20.    Attached as **Exhibit E** is a true and correct copy of United States Copyright Certificate of Registration Form SR, numbered SRu531-993, provided by Neutone Recordings and submitted as Exhibit B to the Complaint in this action.

21.    Attached as **Exhibit F** is a true and correct copy of United States Copyright Certificate of Registration Form PA, numbered PAu2-829-551, provided by Neutone Recordings and submitted as Exhibit A to the Complaint in this action.

22.    Attached as **Exhibit G** is a true and correct copy of the English translation provided by Neutone Recordings of the contract between Gustavo Bravetti and Dee Jay Music entitled "Performer's Contract" along with a true and correct copy of the original contract provided by Neutone Recordings.

23.    Attached as **Exhibit H** is a true and correct copy of a license agreement entitled "Heads of Agreement" provided by Neutone Recordings and submitted as Exhibit D to the Complaint in this action.

24.    Attached as **Exhibit I** is a true and correct copy of an affidavit of Gustavo Bravetti provided by Neutone Recordings.

25.    Attached as **Exhibit J** is a true and correct copy of the United States Department of State Circular on the Inter-American Convention on Letters Rogatory and Additional Protocol (Inter-American Service Convention), available at <http://travel.state.gov/law/info/judicial/judicial_687.html#>.

26.    Attached as **Exhibit K** is a true and correct copy of excerpts from the United States Department of Justice, Criminal Tax Manual (2001) available at <http://www.usdoj.gov/tax/readingroom/criminal/taxc41.htm#41.05[5]>.

Signed under the penalty of perjury this 27th day of July, 2005.

John A. Shope

B3073509.4

EXHIBIT A





**:::NEWS**

**:::EUROPE TOUR FEBRUARY 2005 :::**
Marcelo is playing at 4 gigs in Europe sarting at Copenaghue @ Mango Club ,Tribalism @ Stockolm ,Galaxy @ Vilnius and Exit @ Kaunas in Lithuania .
_____
Marcelo esta tocando en 4 clubs en Europa ,comenzando en Mango Club en Copenague,luego en Tribalism en Estocolmo ,Galaxy en Vilnius y Exit en Kaunas ,Lithuania.


**:::16/02/05-->:::**
The Marcelo Castelli remix of Carlos Manaca's - Feel The Drums on Magna Records is Number one on House sales at Satellite Records ,the best record shop in New York , already played by Danny Tenaglia,Victor Calderone,Chus  Ceballos,Dimas ,Peter Bailey and many more>
_____
El Remix realizado por Marcelo Castelli de Feel The Drums de Carlos Manaca en el sello portugues Magna ,esta Numero Uno en ventas en Satellite Records la mejor disqueria en New York,remix ya tocado por Danny Tenaglia,Victor Calderone,Chus Ceballos,Dimas ,Peter Bailey y muchos mas.


**:::EUROPE TOUR NOVEMBER 2004 :::**
Marcelo is touring 5 cities in Europe from Nov 5 th to 21 st.You can catch  him in Vilnius @ New Orlands,Kaunas@ Exit ,Amsterdam@ Earth with Rui Da Silva and Infusion ,Zurich @ Q Club "We Love Space" with Dj Nukem and Dj Gogo or Copenaghue @ Club Stravinsky with Austin Leeds ,Rick Pier O´Neil


**:::WMC / Mexico - 03/2004**
Marcelo Castelli plays at the Neutone Records Party in the WMC Wyndham Hotel, aswell as making his forth tour in Mexico playing in Toluca and Equinoxio II at Teotihuacan with Green Velvet.
_____
Marcelo Castelli toca en el hotel de la WMC en Miami en la fiesta del sello Neutone Records ademas de realizar su 4 gira por Mexico en donde toco en Toluca y en la fiesta de Equinoxio II en Teotihuacan con Green Velvet.


**:::Productions 2004 02/2004**
Two new tracks signed to Australian based Nervine Records. The tracks are Manabique and Vibration to be release late this year. Also the Carlos Manaca - Feel the Drums remixed by Marcelo Castelli for Magna Record of Portugal is finish and already played by Victor Calderone ,Danny Tenaglia ,Chus y Ceballos and Peter Bailey in every WMC Party 2004
_____
Dos nuevos temas frimados con el sello Australiano Nervine Records ,Manabique y Vibration a ser editados mas trade este año. Tambien esta ya terminado el remix de Marcelo Castelli para el

sello Magna de Portugal del tema de Carlos Manaca - Feel the Drums el cual ya ha sido tocado en todas las fiestas del WMC por Victor Calderone ,Danny Tenaglia ,Chus y Ceballos y Peter Bailey.

### :::Asia Tour 2004 - 02/2004

Marcelo Castelli is touring Asia for the third time in less than a year ,playing in the cities of Jakarta and Bali. The clubs were The Embassy and Double Six.

_____

Marcelo Castelli estuvo visitando por tercera vez Asia en menos de año ,tocando en las ciudades de Jakarta y Bali en las discotecas The Embassy y Double six.

### :::Summer Tour 2004 - 01/2004

Marcelo Castelli plays at the amazing Home Club in Lima and at Mint in Punta del Este,Uruguay

_____

Marcelo Castelli en toca en la increible Home en Lima y en Mint en Punta del Este Uruguay.

### :::27/11/03

Following up his Latino American tour Marcelo Castelli will be playing next saturday 29/11 in the city of Guatemala for a Omega Production party. On thursday 4/12 is playing for the second time this year in the sity of Cali in Colombia this time at Podium Club, following next this he will be at Gotica Club en Bogota 6/12 and then at Millenio club in the city of Popayan on the 7/12. He will also be playing at Home in Lima on the 12/12 and in Panama City at Deep Room on 13/12.

_____

Marcelo Castelli continua su gira por Latinoamericana. Este sabado 29/11 se presentara en la ciudad de Guatemala por primera vez en una fiesta de Omega Productions. El jueves 4/12 estara `por segunda vez en Cali (Colombia) esta vez en el Club Podium, a lo que le seguira Gotica en Bogota el 6/12 y Milenio en Popayan el 7/12, tambien en Colombia. El 12/12 estara inaugurando el famoso club Home de Lima en Peru y el 13/12 se presentara por segunda vez en panama este año esta vez en el Deep Room.

### :::10/11/03

Marcelo Castelli stars his third tour in Mexico. He is going to play at the exellents clubs Bambooshka and Pervert, aswell as in the DJ Dance Conference closing party in Acapulco

_____

Marcelo Castelli inicia su tercer gira por Mexico en el 2003, en donde se presentara en los prestigiosos Clubs Bambooshka y Pervert en Mexico City en la DJ Dance Conference en Acapulco donde tocara en la la fiesta de cierre como invitado especial.

### ::30/10/03

Second Marcelo Castelli Records signed to Release Records from Canada, this one is call Montevideo and it will have a full release in 2004

_____
Dos nuevos temas firmados para Boncho Records de España. Este proyecto se llama Funk E.P. y los temas son The Groove y Just Do It.


**:::20/10/03**
Second Marcelo Castelli Records signed to Release Records from Canada, this one is call Montevideo and it will have a full release in 2004.

_____
Segundo disco de Marcelo Castelli firmado para el sello Canadiense Release Records, El cual se llamara Montevideo y saldra a la venta a mediados del 2004.


**:::10/09/03**
The Bajo Fondo Tango Club CD Proyect won the 2003 Latin Grammy Awards for the best Pop instrumental album. Bajo Fondo Tango Club - Los Tangueros (Marcelo Castelli Remixes) is number 2 in september "Billboard Club Play in USA.

_____
El remix realizado por Marcelo Castelli del tema Los Tangueros del cd ganador del Grammy Latino al mejor album pop instrumental, ha llegado al puesto numero 2 del club Play Chart de la revista Norteamericana Bilboard mag.





::Booking    ::Register

## :::BIOGRAPHY

English    Spanish

Marcelo Castelli got his first Dj residency in 1987 at a club called Graffiti, the one and only underground club at that time ,and he was one of the first Dj´s in playing electronic music in Montevideo,Uruguay After a few amazing years in that club and playing in Punta del Este in the summertime,he went to Spain for a few months to spent the summer of 1990 in Ibiza and Sitges(Barcelona).

Back from there ,he got his second Dj residency in one of the most memorial clubs in Montevideo called Kool Kat,big dancefloor,great sound system and better crowd ,it was the first big club holdind a capacity of 2500 people with a 100 electronic music concept.

NEWS  BIO  DISCOGRAPHY  WORLD TOUR  PHOTOS  CHART  SET

by 

**:::BIOGRAPHY**

Marcelo Castelli got his first Dj residency in 1987 at a club called Graffiti, the one and only underground club at that time ,and he was one of the first Dj´s in playing electronic music in Montevideo,Uruguay After a few amazing years in that club and playing in Punta del Este in the summertime,he went to Spain for a few months to spent the summer of 1990 in Ibiza and Sitges(Barcelona).

Back from there ,he got his second Dj residency in one of the most memorial clubs in Montevideo called Kool Kat,big dancefloor,great sound system and better crowd ,it was the first big club holdind a capacity of  2500 people with a 100 electronic music concept.

In the begining of year 1991 he went to feel the Amsterdam and London club experience wich was amazing,and got ready for the second year of Koolkat.

In 1992 Koolkat was bought by the french "Locomotive" and Castelli spent two more years as the resident DJ. He also got the oportunity to travel to Paris twice (1992 / 93 ) for playing at the original  "Locomotive" club and buying records.
By that time (1992) he started to learn and compose the first tracks with his friends R.Cieri and G.Bravetti.

The only instrument they had was an Sampler Ensoniq ASR 10 and with that they made some pretty good tracks like Marcha and Love wich they were the first radio and club hits in the area.

Castelli hasn´t stop improving and producing from that date until now.
1994 Was a very fun year where he spent almost all summer in Ibiza and preparing his 1st solo Cd .
1995 - He did the Zoo Club resident.This was one of the most crazy clubs in Montevideo. Great parties ,great music lots of fun .
1996 - He did Deeper Club residency and played there until 1998. By this time he had already 3 cd´s released with original tracks in Uruguay.
1999 - After his first residency in Space in Punta del Este in the summer one of the most famous clubs in Southamerica in that time ,he got a residence in Ciudad Boliche .He also released his 4th cd wich was called Disco 2000 with the fantastic musician G.Ackerman
2000  - He did his first radio show called Evolucion and played at Milenio Club one of the most undergound clubs in the city on Fridays and Complejo Bordeau on Saturdays .
2001 - After playing in La Morocha in Punta del Este several times that summer he did W Lounge all year until late 2002. By that  time he decided  to send his new tracks to Uk labels ,and very short time he got a few good contracts with Low Pressings and Kismet Records to release 6 records 12 ".Since that until today he hadn´t stopped siging deals with labels from Europe ,Usa and Canada .
2003 - After an amazing summer in Punta del Este playing at Camel Tent, La Morocha, and Gorritti Island , Marcelo Castelli started his world Tour in Zurich,and visited 4 continents and more than 20 countires ,doing more than 1.000.000 Kms around the world.

At the moment Marcelo Castelli is playing all around the world and at the best club and parties in Montevideo.

Promotion:
At the moment Marcelo Castelli has more than 80 originals tracks,more than 30 records and more than 30 remixes released in excellent labels such as  - Kismet, Low Pressings, Hooj Stereo-Productions, Musiq, Fluential , Cream, Illustrious, Release Records, Referense Records, En Soul, Votu, Vibra/Universal, Xplosion Records, Wanted, Boncho, Jelley Bean Records and House Work. Muzik magazine called him the South American maestro when "Sonar" ,signed to Kismet Records, hit the streets in April 2002. It reached number 13 on the UK based magazine Muzik Magazine as well as high placement on Djs charts from around the globe.
Sonar (Kismet Records) was included in the Best Essential Mix of the year released by Sander Kleineberg in BBC Radio 1.
With more than 15 years experience as a dj and 10 years as a producer Marcelo Castelli has now travelled over a million kms around the world playing his music in 4 continents and more than 20 countries for crowds in Moscu,Hong Hong ,Kuala Lumpur, Singapore, London, Ibiza, Oporto, Algarve, Montreal, Miami, Atlanta, Mexico city, Acapulco, Panama, Guatemala, Bogota, Barranquilla, Cali, Medellin, Lima, Santiago de Chile, San Pablo, Porto Alegre, Cordoba, Montevideoand Punta del Este.

Almost all his tracks were played in Radio 1 and Kiss Fm in Uk and many other radios from around th world.
The versatility of his productions have allowed him to release tracks such as Caveman, Sonar, and Raices, all tracks that make you go mental without loosing the dancefloor feeling.

Tracks like Tribalismo, Jungleman ,Tambores del Sur or On Drums  that are pure tribal house as it's best and have proven to rock many dancefloor's around the world.

It's no wonder why some of the top progressive and tribal jocks are choosing ouse Marcelo's tracks on a routine basis.

Dj´s Playing his music:
Among those that are showing their support are Sasha, John Digweed, Danny Tenaglia, PeteTong, Deep Dish,Dave Seaman, Seb Fontaine, Danny Howells, Satoshi Tomiie, Steve Lawler, Nick Warren,Timo Maas,Chris Fortier, Dj Nukem, Chab, Dj Gogo, Sander Kleinenberg, Flash Brothers,Peace Division,Chus and Ceballos,Saeed and Palash Tom Stephan,Peter Bailey and the list goes on and on He had played in the San Pablo Fashion Week one of the most important Fashion event in the world and also made the music  for one of the best brasilean designer Ricardo Almeida parade.

One of his track co productions with G.Bravetti ,El Mambo was included in the Jackie Chan film The Tuxido for a Dream Works prodcutions.
His remixes of Los Tangueros for Bajo Fondo Tango Club (Vibra/ Universal) had riched number 2 in the Bilboard Club Play chart recently.
He has been invited to make a conference and play at the November 2003 Dj Dance Acapulco Conference.

Productions
- Marcelo Castelli - Caveman (Kismet) - UK
- Marcelo Castelli - Sonar (Origianl/Rui Da Silva Remix) (Kismet) - UK
- Marcelo Castelli - Espacial/Aborigen (Kismet) - UK
- Marcelo Castelli - Tribalismo (Low Pressings) - UK
- Marcelo Castelli - Tribalismo (Hooj) - UK
- Marcelo Castelli - Tambores  del Sur /Jungleman (Low Pressings) - UK
- Marcelo Castelli - Jungleman (Jellybean Records) - Usa
- Marcelo Castelli - Raices/Better Days (Low Pressings) - UK
- Marcelo Castelli - On Drums/Tribal X Press (Stereo-Productions) - UK
- Marcelo Castelli - Southamerica (Musiq) - Switzerland
- Marcelo Castelli - Colapso (Original /Jaytrip Wire Rmx)(Release Grooves) - Canada
- Marcelo Castelli - Montevideo (Release Grooves) Canada
- Marcelo Castelli - La Vaina E.P (Referense Records) - Usa
- Marcelo Castelli - Funk E.P (Boncho) Spain


Co Productions
- Castelli,Chus y Ceballos - Quimera (Fluential) UK
- Marcelo Castelli vrs Funky Junction -Dum Dum Dum (Votu) - Italy
- Marcelo Castelli vrs Funky Junction - Dum Dum Dum (Housewrok) - Switzerland


Remixes
- Rythm Alliance - Elements of Percia (Marcelo Castelli Remix) Wanted
- Elias - Burning Drums on Fire (Marcelo Castelli Ipanema mix) Stereo -Productions
- Peter Bailey - Train of Thought (Marcelo Castelli Rmx) En Soul Records
- Peter Tha Zouk vrs Di Simmon - Enchantments (Marcelo Castelli Rmx)
- Fex - Low Hand  (Marcelo Castelli Tribal Mix) - X Plosion
- Fex - Low Hand  (Marcelo Castelli Hypnotic ) -X Plosion
- 16 B - The Game (Marcelo Castelli Tribal Deep) - Hooj
- 16 B - The Game (Marcelo Castelli Deep Candome) - Hooj
- 16 B - The Game (Marcelo Castelli Remix) - Hooj
- Space Lovers - Space Lovers (Marcelo Castelli Vocal) - Illustrious
- Space Lovers - Space Lovers (Marcelo Castelli Dub) - Illustrious
- Paris and Sharp - Aphrodite (Marcelo Castelli Sahara Mix) Cream Records
- Paris and Sharp - Aphrodite (Marcelo Castelli Sahara Dub ) Cream Records
- Stefano Sorrentino - Sans Egal (Marcelo Castelli Tribal Dub) Cream Records
- Bajo Fondo Tango Club - Los Tangueros (Marcelo Castelli Tribal Dub)Vibra/Universal
- Bajo Fondo Tango Club - Mi Corazon (Marcelo Castelli Dub) Vibra /Universal


Tracks included in Cd´s Compilations:
- Sonar - Peace Division (Nite Life) - UK
- Raices - Saeed and Palash (Tide Edit 7) - USA

- Tribalismo - Further by Red Jerry (Hooj) - UK
- Tribalismo - Band and Blanc ( White Party) Canada
- On Drums - One Year of Iberican Sound Mixed by Chus and Ceballos  - SPAIN
- Southamerica - Dj Nukem - Seduction - Switzerland
- Dum Dum Dum - Dj Antoine - Summer Anthems - Move Recordings - Switzerland
- Dum Dum Dum - House Experience - Heaven Music - Greece
- Dum Dum Dum - Daniel Desnoyers - Dkd D Noy Muzik Inc - Canada
- Dum Dum Dum - The Best of Tribal House - 2 Dance - Portugal
- Jungleman - Tribal Pleasures (Mixed By NYC Tribal Masters T-Pro And Angel C)

EXHIBIT B



## DJ Disciple

## It's Bangin at Barcelona's Bikini Club

*04/09/2004*

Every July and August (for the last two years anyway!) I visit Barcelona and stay with Willy Sanjuan for the summer to get away from the hustle and bustle in New York. He enlightens me with influence of what Spanish culture is like in Historical, fundamental, and political adventures of the city.

Spain is a central place in Europe, and it's a central point where promoters fly me in from. It's a treat to hang out with Willy and our bond is so strong I consider him a brother in the purest sense. He's a rarity as an individual, and an awesome talent that has done much for the city of Barcelona. Under my Nympho Soundz guise I was able to have my talents Showcased on his label Molacacho Recordings, in turn he also does records for my label Catch 22 Recordings. This has been going on since 2000 when he first invited me to his residency at TORRES DE AVILAS. This year he was able to showcase the people on his label that represent him. He's one of the first DJ's to have a great following in South America. He tours in places like Chile, Uraguay, Columbia, and Argentina on a regular basis.

He finds the time to manage South American producers and pushes thier names out in Spain and the world. It was Willy Sanjuan that put me on to the talented Mario Ochoa, who he now manages Mario is based in Columbia, and is a rising star in the South American scene. He has a couple of tracks coming out on my label and has become a hit sensation in France, doing tracks under FINE TUNE records, working with Dr Kucho's label in Spain. I believe Mario will blow up, thanks to Willy's willingness to expose his name.

Gustavo Bravetti is from Uruguay. He produces records under his alias MALDONADO for Willy's label as well but in reality he works with latin bands, "QUIEN?", "LA NOCTURNA", and "THE ONE" all whom are popular in the Uraguay Latin scene. He was on tour and made his stop to help Willy feature the release of his video " Native Soul". " Native Soul" has done well for his name in Spain, and has been licenced to ROBBIE RIVERA'S new label 24-7 for the territory of France. While he was over in Spain He engineered, and programmed a session with me on projects D&M, and "I Get High"(a record that was released a few weeks back on my SUMMER SAMPLER and now is being remixed by Hardsoul)

Gustavo has an incredible undiscovered talent that I feel will give new life to the house scene. He has another follow up on Willy's label due this year and while his sound appeals to progressive and Tech- House DJ's, I can see that he will be embraced globally in the not so near future.

Gustavo,Willy and I put a showcase on to priemer the "Native Soul" video. Edguardo, a friend of our who goes by the name of ARS DEEJAY puts on a night that featured all of out talents which

SHOP SEARCH | | GO | ADV

Trust the DJ
HOME

DJ LIST | NEWS | REGISTER | YOUR ACCOUNT | SHOPPING BASKET

0 items

GO TO CHECKOUT

WELCOME
DJ HOMEPAGE
AUTOBIOGRAPHY
DJ NEWS

SHOP
BY DJ
Select a DJ ...

DJ
HOMEPAGES
Select a DJ ...

was good exposure for all of us. It was a great night and all 3 of us had the partyu rocking. The dancers especially, were awesome.

I have a new record on Molacacho records called "GRATUITOUS SEX PIECE" coming out this fall, which is a tribute to my residency at Montreal's super club RED-LITE. Expect it oct by SEPT/OCT. I was also able to remix "KINGS' COUNTY" for EDDIE AMADOR'S label MOCHICO, which I really enjoyed doing.

Spain has treated me good, and as always i'll be hanging with Willy every summer to see what he cooks up next with his exposure of the South American scene.











**more news** ▶

© TrusttheDJ 2005

EXHIBIT C



    

**NEUTONE RECORDINGS**

OODY     AUTUMN RUE     LOCK & BURNS     MMD FEAT. BRITTANY



**Roger Mouzakis**, *President*: Roger has been into the music industry for many years. Establishing himself as a sought after DJ in Boston (currently working on worldwide), building two big Independant Labels (Sporadic Groove Records & Neutone Recordings), establishing a production team with Fritz Sieg (Sieg & Mouzakis) and always looking and working for everyone's best interests, always seeking expansion in all aspects. "Neutone Recordings is for the DJ, as we also started a subsidiary label called Referense which caters to the Progressive End of things, with the parent label Neutone Recordings staying on the mainstream side" With solid 5 years in the record label business, Roger is looking to push the Label to its fullest and help everyone involved along the way.



**Darlene Gray**, *President*: Darlene has been Roger's partner for Neutone since the beginning. She uses her high educational background in business to make the right decisions concerning the Label. She has been in the Music scene for quite some time, seeing & experiencing the industry through various music transitional fazes. Any record aquired by the Label is put through every avenue the Labels has from the promotion aspect to the sales aspect, etc. "That's what makes Neutone successful" "When you work hard the success comes natural" Darlene is definitely someone who believes in the scene and wants to keep it alive.



| HOME | LABELS | ARTISTS | WHO IS WHO | MESSAGE BOARD |
| CATALOG | DISTRIBUTORS | BUY | LINKS | UPLOAD |
| NEWS | | | | CONTACT |

**Roger Mouzakis**, *President*: Roger has been into the music industry for many years. Establishing himself as a sought after DJ in Boston (currently working on worldwide), building two big Independant Labels (Sporadic Groove Records & Neutone Recordings), establishing a production team with Fritz Sieg (Sieg & Mouzakis) and always looking and working for everyone's best interests, always seeking expansion in all aspects. "Neutone Recordings is for the DJ, as we also started a subsidiary label called Referense which caters to the Progressive End of things, with the parent label Neutone Recordings staying on the mainstream side" With solid 5 years in the record label business, Roger is looking to push the Label to its fullest and help everyone involved along the way.


**Darlene Gray**, *President*: Darlene has been Roger's partner for Neutone since the beginning. She uses her high educational background in business to make the right decisions concerning the Label. She has been in the Music scene for quite some time, seeing & experiencing the industry through various music transitional fazes. Any record aquired by the Label is put through every avenue the Labels has from the promotion aspect to the sales aspect, etc. "That's what makes Neutone successful" "When you work hard the success comes natural" Darlene is definitely someone who believes in the scene and wants to keep it alive.



## Neutone Releases

|  | Catalog # | Artist | Song | Release Date | Purchase |
|---|---|---|---|---|---|
| NO IMAGE | Neu001 | Mada & Moody feat. Jermaine | ***"Peace Generation"***<br>Main Mix<br>DJ Skribble and Anthony Acid Dub | Out Now | BUY NOW |
| NO IMAGE | NeuRmd1 | Sal Basile | ***"Jus-ti-fied"***<br>Jus the Main Mix<br>Jus the Dub | Out Now | BUY NOW |
| NO IMAGE | Neu002A | Trb | ***"Aftermath" Disc 1***<br>Original Mix<br>Sal Parm inverses rmx<br>Jonathan Peters Sound Factory rmx | Out Now | OUT OF PRINT |
|  | Neu002B | Trb | ***"Aftermath" Disc 2***<br>Takeover & Myst's incision rmx<br>Takeover & Myst's Tribal funktified rmx | Out Now | OUT OF PRINT |

HOME    LABELS    ARTISTS    WHO IS WHO    MESSAGE BOARD

CATALOG    DISTRIBUTORS    BUY    LINKS    UPLOAD

NEWS    CONTACT

**Neutone Releases**

| | Catalog # | Artist | Song | Release Date | Purchase |
|---|---|---|---|---|---|
| NO IMAGE | Neu001 | Mada & Moody feat. Jermaine | ***"Peace Generation***"<br><u>Main Mix</u><br><u>DJ Skribble and Anthony</u><br><u>Acid Dub</u> | Out Now | |
| NO IMAGE | NeuRmd1 | Sal Basile | ***"Jus-ti-fied"***<br><u>Jus the Main Mix</u><br>Jus the Dub | Out Now | |
| NO IMAGE | Neu002A | Trb | ***"Aftermath"***<br>***Disc 1***<br><u>Original Mix</u><br><u>Sal Parm inverses rmx</u><br><u>Jonathan Peters Sound</u><br><u>Factory rmx</u> | Out Now | **OUT OF PRINT** |
| | Neu002B | Trb | ***"Aftermath"***<br>***Disc 2***<br><u>Takeover & Myst's</u><br><u>incision rmx</u><br><u>Takeover & Myst's Tribal</u><br><u>funktified rmx</u> | Out Now | **OUT OF PRINT** |
| | Neu003 | De-Javu | ***"I Can't Stop***"<br>Original Mix<br>Main Mix<br><u>Piparo's rmx</u><br>2step mix | Out Now | |
| NO IMAGE | Neu005 | MMD feat. Brittany | ***"I Want You"***<br><u>MMD Main Mix</u><br>MMD Radio Mix<br><u>MMD Dub</u> | Out Now | |

| | | | | | |
|---|---|---|---|---|---|
| NO IMAGE | Neu006 | Jillian | **"I Wanna Let Go"**<br>Main Mix<br>Main Radio<br>DJ Izk & Ray Remix | **TBA** | |
| NO IMAGE | Neu007 | Lock & Burns | **"Be Free"**<br>Eddie Lock and Dylan Burns Mix<br>Eddie Lock and Dylan Burns Radio<br>Peter Bailey Remix | **TBA** | |
| NO IMAGE | Neu008 | Bit-R-Sweet feat. Gillian | **"All I Want (Is This)"**<br>DJ IZK Remix<br>DJ IZK Remix Radio<br>Original Mix<br>Klubjumpers Remix<br>Uplift n' Emotion airplay mix<br>Uplift n' Emotion mixshow edit<br>Uplift n' Emotion 12 inch remix | **TBA** | |
| NO IMAGE | Neu009 | Gipsy | **"Gipsy"**<br>Original Radio<br>Original 12"<br>Robbie Rivera's Juicy Remix<br>Robbie Rivera's Miami Dub<br>Rivera's Juicy Remix (Clean)<br>Original 12" (Clean)<br>Original Radio (Clean) | **TBA** | |
| NO IMAGE | Neu010 | Benny Maze feat. Piola | **"Never Let You Go"**<br>Main Mix<br>Main Radio<br>Original Mix<br>Original Radio | **TBA** | |
| NO IMAGE | Neu011 | De-Javu | **"Never"**<br>Piparo's Main Mix<br>Piparo's Main Single<br>Piparo's Bluett Mix<br>De-Javu Mix | **TBA** | |
| NO IMAGE | Neu012 | 4TUNE 500 | **"Dancing In The Dark"**<br>Radio Edit<br>Original Mix<br>4Tune Dub<br>Skylark Vox<br>Skylark Dub | **TBA** | |

| | | | | | |
|---|---|---|---|---|---|
| NO IMAGE | Neu013 | Kujay Dada | **"Young Hearts"**<br>Made in Ibiza Mix<br>Radio Mix<br>Dub Mix | **TBA** | |
| NO IMAGE | Neu014 | Aleece | **"Blinded"**<br>Radio Mix<br>Eddie Baez Main Mix<br>Eddie Baez Tribal Mix | **TBA** | |
| NO IMAGE | Neu015 | Bit-R-Sweet feat. Gillian | **"Missing You"**<br>DJ IZK Main Mix<br>DJ IZK Main Radio<br>DJ IZK Remix | **TBA** | |
| NO IMAGE | Neu016 | Paul K. | **"Do You Believe?"**<br>Piparo's Main Mix<br>Piparo's Main Radio Mix<br>Remix (TBA) | **TBA** | |
| NO IMAGE | Neu017 | Sky-Hi Feat. Lisa Messina | **"Something About You"**<br>Sky-Hi Original Radio<br>Sky-Hi Original Club<br>Sky-Hi Remix Radio<br>Sky-Hi Remix Club | | |
| | Neu018 | Mynt feat. Kim Sozzi | **"How Did You Know?"**<br>Mynt Original Radio<br>Mynt Original Extended<br>Kryia vs. Velez Remix Radio<br>Kryia vs. Velez Remix Extended | | |
| NO IMAGE | Neu019 | Lea & Casely | **"If You Say My Eyes Are Beautiful"**<br>George Calle & Sky-Hi Remix Radio Edit<br>Ballad Version<br>George Calle & Sky-Hi Remix Extended<br>Willie Valentin's Miami Break Beat Remix<br>Bad Boy Joe's NYC Club Mix<br>Sileno & Matus Remix<br>Angelo Fecci & Eric Kizis | | |

| | | | Remix | | |
|---|---|---|---|---|---|
| NO IMAGE | Neu020 | X-Groove feat. Vanessa Del Sol | **_"Play With Me"_**<br>Radio Edit<br>Extended Mix | | |

## Neutone Recordings Classics Remake Releases

| | Catalog # | Artist | Song | Release Date | Purchase |
|---|---|---|---|---|---|
| NO IMAGE | NeuR01 | Stereo Soundclash feat. Louise Carver | **_"Stand Back"_**<br>DJ Izk & Ray Revamp Main<br>DJ Izk & Ray USA Club<br>DJ Izk and Ray USA Club Radio | **TBA** | |
| NO IMAGE | NeuR02 | Maxum Deejays | **_"Eternal Flame"_**<br><u>Maxum Main Mix</u><br><u>Maxum Main Radio</u><br><u>DJ Micro Remix</u> | **TBA** | |
| NO IMAGE | NeuR03 | Digital Rockers | **_"Because I Love You"_**<br>Radio Cut<br>DJ Marc Aurel Remix<br>Mario Lopez Remix<br>Club Version<br>Mark'Oh Remix | **TBA** | |

## Referense Releases

| | Catalog # | Artist | Song | Purchase |
|---|---|---|---|---|
| NO IMAGE | Ref001 | Sieg | **_"Groovetubes EP"_**<br><u>Smoke Hut</u><br><u>Wicked</u><br><u>Dark Dimensions</u> | |

| | | | | |
|---|---|---|---|---|
| NO IMAGE | Ref002 | Marko Militano | **"Upset Words"**<br>Original Mix<br>Tek-y Remix | Out of Print |
| NO IMAGE | Ref004 | Marcelo Castelli | **"La Vaina EP"**<br>La Vaina<br>El Vuelo<br>Spyderman | |
| NO IMAGE | Ref005 | Rob Mirage | **"Mirage EP"**<br>Get Up!<br>You Turn Me On<br>Tribal Groove | |
| NO IMAGE | Ref006 | Ty Tek | **"Funky Monkey" & "G-Funk"**<br>G-Funk<br>Funky Monkey Main Mix<br>Funky Monkey (Smoke Hut Dub) | |

## Driven Recordings

| | Catalog # | Artist | Song | Purchase |
|---|---|---|---|---|
| NO IMAGE | Drv001 | Lost Daze feat. DACAMP | **"Hard Times" B/W "She Wantz (A Night With Pogo)"**<br>Hard Times (Vox)<br>Hard Times Instrumental<br>Hard Times Dub<br>She Wantz (A Night With Pogo) | BUY NOW |

EXHIBIT D

# Mambo.

A ballroom dance derived from the Cuban rumba. In the mid-1940s it appeared in Cuban ballrooms and acquired elements of 'swing' and other jazz styles. It was known in the USA particularly through the band of PÉREZ PRADO, who toured the Americas in the late 1940s; his records were popular first among Spanish speakers in the USA, and his songs (e.g. *Qué rico el mambo*) were performed all over the country by the early 1950s. The mambo spread throughout western Europe after 1955. It is danced by couples, either completely apart or in a ballroom embrace but held slightly apart, with a hip-rocking motion similar to the rumba but using forward and backward steps. Unlike most dances the steps begin on the fourth beat (of a 4/4 bar), against polyrhythms in the accompaniment accentuated with maracas and claves. The mambo has given rise to other 'Latin American' dances, notably the cha cha cha.

In salsa, the term also refers to the brass choruses featured in the *montuno* section.

© Oxford University Press 2005
How to cite Grove Music Online

# EXHIBIT E

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**SRu531 – 993**

SR     SRU
EFFECTIVE DATE OF REGISTRATION

Month **11** Day **13** Year **03**

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**

"El Mambo"

**PREVIOUS, ALTERNATIVE, OR CONTENTS TITLES (CIRCLE ONE) ▼**

---

**NAME OF AUTHOR ▼** "Marcelo Castelli, pseudonym"
Marcelo Carlos Castelli Pintos

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Uruguay

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Sound Recording

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
Gustavo Bravetti

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Uruguay

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Sound Recording

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1999 ◀ Year
This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____ ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Neutone Recordings
36 Hemlock Shore Drive
Atkinson, New Hampshire 03811

APPLICATION RECEIVED
NOV 13 2003
ONE DEPOSIT RECEIVED
NOV 13 2003
TWO DEPOSITS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written contract

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

*Certification confirmed as of 11/13/03 per
phone call of 3/3/04 with David Herlihy, Esq.

| EXAMINED BY | 0J31 | FORM PA |
|---|---|---|
| CHECKED BY | | |
| CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**     **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**     **Account Number ▼**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
David Herlihy, Esq.
14 Staniford Street
Newton, MA 02466

Area code and daytime telephone number ▶ (617 )964-4006     Fax number ▶ (617 ) 964-4016
Email ▶ herlisong@comcast.net

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Neutone Recordings___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
David Herlihy, Esq.     Date ▶ 11/20/2003 *

Handwritten signature (X) ▼
☞     x

| Certificate will be mailed in window envelope to this address: | **Name ▼** David Herlihy, Esq. |
|---|---|
| | **Number/Street/Apt ▼** 14 Staniford Street |
| | **City/State/ZIP ▼** Newton, MA 02466 |

• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—800,000
WEB REV: June 1999     ♻ PRINTED ON RECYCLED PAPER     ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/86

EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

**PAu2-829-551**

EFFECTIVE DATE OF REGISTRATION

Month **11** Day **13** Year **03**

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

"El Mambo"

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

Musical composition

---

**2**

**a** NAME OF AUTHOR ▼ "Marcelo Castelli, pseudonym"
Marcelo Carlos Castelli Pintos

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ Uruguay

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☒ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Musical composition

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼
Gustavo Bravetti

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶ Uruguay

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Musical composition

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given ◀ Year in all cases.
1999

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶      Day ▶      Year ▶
ONLY if this work has been published.
◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Neutone Recordings
36 Hemlock Shore Drive
Atkinson, New Hampshire 03811

APPLICATION RECEIVED
NOV 13 2003

ONE DEPOSIT RECEIVED
NOV 13 2003

TWO DEPOSITS RECEIVED
NOV 13 2003

FUNDS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By written contract

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

*Certification confirmed as of 11/13/03 per phone call of 3/3/04 with David Herlihy, Esq.

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |

| CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| ☐ Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This work was previously registered in unpublished form and now has been published for the first time.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____    Account Number ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

David Herlihy, Esq.
14 Staniford Street
Newton, MA 02466

Area code and daytime telephone number ▶ 617-964-4006      Fax number ▶ 617-964-4016

Email ▶ herlisong@comcast.net

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Neutone Recordings

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David Herlihy                                       Date ▶ 11/20/2003 *

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | David Herlihy, Esq. |
| | Number/Street/Apt ▼ |
| | 14 Staniford Street |
| | City/State/ZIP ▼ |
| | Newton, MA 02466 |

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form SR is $30.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—60,000
WEB REV: June 1999    ♳ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/48

EXHIBIT G

Performer's Contract

In Montevideo, on November, 25 1997, between Gustavo Bravetti, whose artistic names are: Latina, It's up to you, Hopeless; an Uruguayan national; domiciled in German Barbato, 1543 ap 201, Montevideo; national identity document number 3,754,311-8; henceforth "Performer" and Dee Jay Production (Dee Jay Music) represented by Oscar José Valdez; national identity document number 1,671,892-8; in his capacity as producer; domiciled in Luis Alberto de Herrera 2092 ap 402, Montevideo; henceforth "Producer;" who AGREE:

First: During the life of the present contract, the Performer grants the Producer, in the country and in the entire world, complete and absolute exclusivity to his performances in phonorecords agreeing to not record them for himself or for third parties.
The Performer, may participate in ephemeral recordings destined for transmission by radio or television, an in films in which he plays a role, so long as, in both cases, there is no synchronization of a recording by the Producer, nor that the film or videotape be published as items destined for sale, rent, or donation to any public, in any country.  In addition, the Performer agrees to make the maximum effort to avoid private or individual recordings of his live performances.

Second: The Performer shall perform the following works:  El vacilón, Spacy Funk, Just a fell it, and Mi Guajira that the Producer shall record, using whatever technical processes now known or to be invented, the phonorecords and videos for reproduction, publication, and commercialization by the Producer, through all known means of utilization, including through sale, rentals, radio transmissions, and public performances, in records, tapes, or any other material adapted to the reproduction of sound or of images and sound.

Third: The Producer is obligated to publish, directly, in the country, the phonorecords that contain the performances of the Performer maintaining them under catalog for a minimum period of 90 days, from the date of publication, excepting in cases of *force majeure* or legal decision. On the termination of that period, the Producer could, at his exclusive discretion, retire the phonorecords from the catalog, permanently or temporarily.

Fourth: On publishing the phonorecords and videograms that incorporate the performances of the Performer, the Producer is obligated to name, by name or pseudonym, as stated in the present contract, on the labels, or packaging of records, cassettes and different forms of reproduction.

Fifth: The Performer expressly recognizes the absolute and exclusive right in the Producer to the recordings, as well as whatever support materials he might produce, such as masters, tapes, records, and, in general, any material required for their reproduction.

Sixth: As compensation for the realization of his performance, grant of rights, and other obligations assumed by the Performer, and in addition to the agreement in the ninth clause of this contract, the Producer shall pay the Performer the following artistic rights

for the phonorecords, in the same instance and signed by both parties, the sum of US $800 (eight hundred dollars US) for the aforementioned granted and named work. Between 2000 CD's and 500 cassettes.

Exceeding these aforementioned quantities, payment will be on agreement, with prior authorization by the Performer in accord with the producer, valid only for the Republic of Uruguay. In the rest of the world, the producer shall pay the Performer the following artistic rights for the phonorecords, US 33¢ (thirty three cents US) per sold CD and 10¢ (ten cents US) per sold cassette. This shall be paid 6 months after publication in each country in which they are sold.

Seventh: Free samples used for publicity and promotion, so long as they are identified as such, will cause no artistic rights for the Performer.

Eight: The Producer has the exclusive right to authorize or prohibit, in the country, reproduction, placement, and inclusion in publicity.
Economic remuneration derived in country for the performances to the public of the phonorecords (public performance or radio transmission) by the Performer, shall be collected by the entity representing him for these means.

Ninth: The present contract shall enter in force on the date of signature and shall have a duration of 10 years.

Tenth: Communications and notifications foreseen by this contract shall be made by true, verifiable means and shall be valid so long as they are sent to the domiciles identified in this contract, unless one of the parties shall have communicated by true verifiable means a change to another domicile.

Eleventh: Any controversy, divergence, reclamation, or doubt on the interpretation, application, execution, performance, resolution or rescission of this contract, as well as compensation for resulting damages shall be resolved through Arbitration in of an Arbitrator, who shall be designated according to the pertinent law by a judge of the City of Montevideo. The contracting parties also submit themselves to the jurisdiction of the judge of the City of Montevideo for the execution of Arbitrations, when and if it becomes necessary.

Twelfth: The Performer agrees, for the term of one year, not to make any performances for sound recordings with in the musical genre implied by the works named in this contract with another recording label without the prior agreement of the Producer.

Thirteenth: The Performer authorizes the Producer to commercialize this contract freely with any recording studio.

Fourteenth: For the record, three signed copies of the same contract (of 3 pages) in the place and date above noted.

Performer                                              Producer

# CONTRATO *DE INTERPRETE*

En Montevideo,a los 25 días del mes de Noviembre de 1997 entre por una parte: Gustavo Uravetti , cuyos nombres artísticos son: Latina,It,s up to you,Hopeless y de nacionalidad Uruguaya,domiciliado en German Barbato 1543 ap 201 y en la ciudad de Montevideo con documento de identidad N° 3.754.311-8 en adelante denominado el "Interprete",y por otra parte Dee jay production(Dee jay music) representada por Oscar Jose Valdez.documento de identidadN° 1.671.892-8,en su calidad de productor,con domicilio en Luis Alberto de Herrera 2092 ap 402.En la ciudad de Montevideo,denominado," Productor" CONVIENEN:

PRIMERO.- Durante la vigencia del presente contrato,el Interprete otorga al "Productor",dentro del pais y para todo el mundo , la plena y absoluta Exclusividad de sus Interpretaciones para fijaciones sonoras,comprometiendose a no grabarlas para si mismo o para terceros.
El "Interprete", conforme a ello podra participar en la fijacion efimera de programas destinados a una sola transmision por emisora de radio o television, y en peliculas cinematograficas en que desempeñe un papel, siempre que , en ambos casos, no haya sincronizacion de una fijacion del "Productor", ni se utilice el videotape o la pelicula para publicacion de ejemplares destinados a la venta,alquiler o donacion,a cualquier público,en cualquier pais.Ademas el "Interprete" se compromete a hacer el maximo esfuerzo para evitar las grabaciones particulares o privadas de sus actuaciones en vivo.

SEGUNDO.- El "Interprete" interpretara las sigiuentes obras musicales :El vacilon, Spacy Funk,Just a feel It,y Mi Guajira que el"Productor"Fijará bajo cualquier proceso técnico actual o a inventarse;los fonogramas y videos resultantes se destinarán a la reproduccion, publicacion,y comercializacion por el "Productor",por todos los medios de utilizacion conocidos,inclusive mediante venta,alquiler, radiodifucion y ejecucion pública,en discos,cintas o cualquier otro soporte material apto para la reproduccion de sonidos o de imágenes y sonido.

TERCERO.- El "Productor" se obliga a publicar,en el pais,directamente,los fonogramas que contengan interpretaciones del "Interprete" manteniendolos bajo catálogo por un periodo no inferior a 90 dias,contados desde la fecha de su publicacion,exeptuando los casos de fuerza mayor o decision de la autoridad. Finalizando dicho periodo,el "Productor" podrá, a su exclusivo criterio,retirar los fonogramas del catalogo,definitiva o temporainmente.

CUARTO.- AL Publicar los fonogramas y videogramas que incorporan interpretaciones del "Interprete", el "Productor" se obliga a mencionar su nombre o seudónimo,tal como consta en el presente contrato,en las etiquetas,o envases de los discos,cassetes y distintas formas de Reproduccion.

QUINTO.-El "interprete" reconoce expresamente que corresponde al "Productor" la plena y exclusiva propiedad de las fijaciones, asi como los soportes materiales que las reproduzcan, tales como matrices,cintas,discos y,en general,cualquier soporte apto para su reproduccion.

SEXTO.- Como retribucion por la realizacion de sus interpretaciones,cesion de derechos y demás Obligaciones asumidas por el "Interprete", además de lo dispuesto en la cláusula novena,el "Productor" pagara al "Interprete" los siguientes derechos artísticos por los fongramas, en el mismo acto de firmado de ambas partes la suma de U$s 800 (ochocientos dolares americanos)por su trabajo cedido y nombrado anteriormente.Hasta los 2000 cd y 500 cassetes.
Pasando estas cantidades antes nombradas,el pago sera a convenir previa autorizacion del "interprete" en común acuerdo con el "Productor" valido solo para la Republica Oriental del Uruguay.Para el exterior el Productor pagara al "Interprete"los sigiuentes derechos artísticos por los fonogramas 0.33 de dólar(u$s0,33) por cd vendido y 0.10 de dólar(u$s0,10)por cassete vendido.
Se pagará a los 6 meses de haberse publicado en cada pais que se venda.

SEPTIMO: Los ejemplares entregados gratuitamente para fines de publicidad y divulgacion,siempre que sean identificados no causaran derechos artísticos a favor del "Interprete".

OCTAVO: El "Productor" tiene el derecho exclusivo de autorizar o prohibir en el país, la reproduccion, la locacion,la inclusion en publicidad.
Las retribuciones economicas que se derivan en el pais de la comunicación al publico de fonogramas(ejecucion publica y radiodifucion)a favor del interprete serán recaudadas por la entidad que lo represente para este fin.

NOVENO. El presente contrato entrará en vigencia desde la fecha de su firma y tendrá una duracion de 10 años.

DECIMO. Las comunicaciones y notificaciones previstas en este contrato serán cursadas por medio fehaciente, y tendrán validez siempre que sean enviadas a los domicilios consignados en el contrato,si la otra parte no hubiere comunicado por la misma otro domicilio.

DECIMO PRIMERO.Cualquier contraversia,divergencia,reclamacion o duda con motivo de la interpretacion,aplicación,ejecucion,cumplimiento,resolucion o rescisión de este contrato,asi como La compensacion de los daños y perjuicios resultantes,será resuelta mediante un Juicio Arbitral de Arbitros Arbitradores,los cuales serán designados de acuerdo a la ley pertinente por el juez competente de la ciudad de Montevideo.Las partes contratantes se someten también al fuero del juez de la ciudad de Montevideo para la ejecucion del laudo arbitral, cuando ella fuere necesaria.

DECIMO SEGUNDO. El "interprete" se compromete a no efectuar por el termino de un año, ninguna interpretacion para fijaciones sonoras dentro de el genero musical que implica los temas nombrados en este contrato con otro sello discografico sin el previo consentimiento escrito del "Productor"

DECIMO TERCERO. El "Interprete autoriza al "Productor a que pueda comercializar éste contrato libremente con cualquier empresa fonográfica.

DECIMO CUARTO. Para la constancia se firman 3 ejemplares del mismo tenor(de tres paginas) en Lugar y fechas arriba indicados.

INTERPRETE

PRODUCTOR

EXHIBIT H

## HEADS OF AGREEMENT

Contract # Neu1112

Agreement dated this 1st day of July 2001 by and between Neutone Recordings, ("Company") 36 Hemlock Shore Drive, Atkinson, NH, 03811 -and- Mr. Marcelo Carlos Castelli Pintos, Bonpland 623, Montevideo 11300, Uruguay, a/k/a "Marcelo Castelli", -and- Mr. Gustavo Bravetti, German Barbato 1543, Apt#2, Montevideo 11300, Uruguay (individually and collectively hereinafter referred to as "Producer(s)", whereby the parties agree as follows:

The provisions hereof may hereafter be amplified and incorporated in a more formal agreement satisfactory to both parties. Such agreement may contain additional provisions customary in contracts of this kind, and if executed, shall supersede this agreement. Otherwise, this agreement shall continue in full force and effect, and shall be binding on the parties.

1.      Recording Commitment/Options: Producer(s) shall deliver the Master Recording(s) entitled "El Mambo", including all mixes of such single(s).

2.      Rights:  Producer(s) hereby grants to company the exclusive rights and ownership throughout World (the "Territory") of the Master Recording(s) entitled "El Mambo" (the "Master Recording(s)") in all formats now known or hereinafter developed.  Company shall have the right to exploit such Master Recording(s) in any manner it deems appropriate, the right to use (and authorize the use of) Producer(s) and Artist's approved name and likeness and shall be the copyright owner of the Master Recording(s), free and clear of any and all claims. Such Master Recording(s) shall be deemed a "work for hire" under the Copyright law. Producer(s) hereby agree not to re-record any composition released by Company for a period of perpetuity after the commercial release of such composition.  Company shall have the rights to re-mix the Master Recording(s). Company shall have the right to use/exploit the Master Recording(s) in any CD Compilation(s) released only by the Company, at no expense whatsoever, to be defined as "royalty-free", throughout the Term of this Contract.

3.      Delivery: It is agreed that, Producer(s) shall deliver to Company a CD(s) embodying the following final mixes of the Master Recording(s): (i) Main Mix, and a CD(s) embodying solely the vocal track(s) or sample(s) contained in the Master Recording(s) and arranged as follows: (i) with both the dry part(s), also known as the vocal track(s)/sample(s) without the effects (if any were used) that were contained in the Master Recording(s) in all forms (main vocal, background vocal, etc.) and (ii) the wet part(s) also known as the vocal track(s)/sample(s) containing any effects that were contained in the Master Recording(s) in all forms (main vocal, background vocal, etc.).

4.      Advances: Company shall pay Producer(s) no advance for the Master Recording(s) hereunder.

5.      Royalties: Company shall pay to Producer(s), after recoupment of the advance and any and all recording, mastering, remixing, the following royalties.

> (A)   Ten percent (10%) of the PPD (price per disc) for all audio devices containing the Master Recording(s) manufactured and sold in the United States (the "Royalty Rate").

1

(B) The Royalty Rate for sales outside the United States shall be the same as the Royalty Rate above.

(C) Producer(s) shall be credited with fifty percent (50%) of the total amounts received from all third party licensing.

(D) For any digital download formats, Artist(s) shall be credited with ten percent (10%) of Company's net profit received from such uses.

(E) As to records not consisting entirely of Master Recording(s) produced hereunder, Producer(s)/Artist's royalties otherwise payable hereunder shall be pro-rated on the basis of the number of such Masters, which are on such records compared to the total number of Recording on such records.

6.    Third Party Licensing: Producer(s) shall be credited with fifty percent (50%) of any and all moneys received from any third party licensing or income. These monies are recoupable against advances or any costs what so ever that might have been incurred in relation to this single.

7.    Publishing: Company's publishing designee shall be deemed co-publisher and co-owner with Producer(s)/Artist(s) or Producer(s) publishing designee, and shall have the exclusive right of administration and control of the compositions embodied in the Master Recording(s) and any option recording(s) hereunder. Company shall be the owner of, and Producer(s) hereby grants to Company, a fifty percent (50%) interest in the Copyright of all compositions embodied in the Recording released hereunder. Company shall be entitled to fifty percent (50%) of all publishing revenues and the Producer(s) shall be entitled to the balance of fifty percent (50%) of such revenues. Producer(s) shall complete all appropriate copyright registration and publishing forms as requested by Company as further compliance with this provision. The elected Publishing entity, such as ASCAP or BMI, whichever elected, shall be responsible for distributing the revenues stated in this subparagraph.

8.    Mechanical Royalties: Producer(s) hereby grants to Company a mechanical license for any controlled composition contained in the Master Recording(s) and any option recording. Mechanical royalties shall be paid at the statutory rate at the time of recording of the Master Recording(s) (the "controlled composition rate"). In no instance shall Company be obliged to pay more than ten (10) times the controlled composition rate for any album hereunder, nor more than two (2) times the controlled composition rate for any single hereunder, regardless of the time of the compositions.

9.    Accounting: We will account to Producer(s) twice a year, within 90 days of the June 30 and December 31. We shall have the right to withhold reasonable reserves, such as twenty five percent (25%) for returns, which shall be liquidated over four (4) accounting periods.

10.    Representations & Warranties:

(a) Producer(s) represents and warrants that Producer(s) owns the Master Recording(s), that Artist(s) has the right to make this Agreement and the written terms of this Agreement do not infringe upon any common law or statutory rights of any other person or entity.

2

      (b) Company represents and warrants that the Company shall be solely responsible for the costs associated with the manufacture, distribution, promotion, sale and exploitation of the Master Recording(s).

11.     __Artist Inducement/Samples__: Producer(s) shall be solely responsible for and shall make any and all payments becoming due to any person, firm or corporation, including, but not limited to, the Producer(s) hereunder and any owners of any "sampled" recordings or "sampled "compositions" (if any), in connection with the rendition of Artist's services or the acquisition, exercise or exploitation of rights by Company pursuant to this agreement. Producer(s) shall cause each individual performing in connection with the Master Recording(s) hereunder, to execute an agreement in the form of Inducement Letter annexed hereto and made a part hereof and which Producer(s) shall deliver same to Purchaser simultaneously with the mutual execution of this agreement.

12.     __Cure__: If either party hereto alleges that the other has breached this agreement, the party accused shall have a period of thirty (30) days to cure such breach.

13.     __Entire Understanding:__ This writing contains the entire understanding between the parties and supercedes any previous agreements between the parties. During the term of this Agreement, it is understood and agreed that there shall be no change or modification of this Agreement unless reduced to writing and signed by all parties hereto. This agreement shall be governed by the laws of the State of New Hampshire, and subject to the exclusive jurisdiction of the courts located in the State of New Hampshire.

14.     __Definitions:__

     1.01 "Master Recording(s)" shall mean the sound recording of the performances by Producer(s) & Artist(s) of the composition tentatively entitled "El Mambo".

     1.02 "Producer(s)" shall refer collectively to Mr. Marcelo Carlos Castelli Pintos, a/k/a "Marcelo Castelli" –and- Mr. Gustavo Bravetti.

     1.03 "Territory" means the Universe.

     1.04 "Controlled Composition(s)" means a composition written, owned or controlled, in whole or in part, by Producer(s), or any Person in which Producer(s) have a direct or indirect interest.

     1.05 "Person" means any individual, corporation, partnership, association or other organized group of persons or legal successors or representatives of the foregoing.

     1.06 "Term" shall refer collectively to the life of this contract, specified to perpetuity.

     1.07 "Record(s)", "Recording(s)" means all forms of reproductions, now or hereafter known, manufactured or distributed primarily for home use, school use, juke box use or use in means of transportation, including, without limitation, Records of sound alone or sound synchronized with visual images, e.g. "sight and sound devices".

Each other expression used herein, unless herein separately defined, shall have the meaning commonly understood in the recording industry.

This is a legal document, which requires a total understanding by the principles in which are addressed to hereinabove. Neutone Recordings recommends the presence of a law official before the signing of this document.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the day and year first written.

Accepted and Agreed to:

by: _____

_____
Mr. Marcelo Carlos Castelli Pintos, a/k/a "Marcelo Castelli", individually, and and on behalf of my publishing designee
Passport ID# 1.860.091/7

_____
Mr. Gustavo Bravetti, individually, and and on behalf of my publishing designee
ID# 3.754.311.8

4

EXHIBIT I

## *Affidavit*

I, Gustavo Bravetti, of Uruguay, being first duly affirmed, depose and say:

I, together with Carlos Castelli Pintos a/k/a Marcelo Castelli, wrote and composed a certain musical composition entitled El Mambo (the "Composition") and created a certain master recording ("Master") embodying the Composition.

On or about July 1, 2001, Marcelo Castelli and I entered an agreement ("Agreement") with Neutone Recordings ("Neutone") whereby we sold all right, title and interest, including without limitation, one hundred percent (100%) of the world-wide copyright, in and to the Master and fifty percent (50%) of the world-wide copyright and exclusive administration rights in and to the Composition to Neutone.

I hereby warrant and represent that Marcelo Castelli and I: (i) were free to enter into and perform the Agreement; (ii) were not under any disability, restriction or prohibition, contractual or otherwise, with respect to our right to execute the Agreement, and/or our right to grant all of the rights granted to Neutone thereunder.

I hereby affirm all rights granted to Neutone pursuant to the Agreement.


_____
Gustavo Bravetti

Then personally appeared the above named Gustavo Bravetti and subscribed, sworn to and acknowledged the foregoing instrument to be his free act and deed, before me.


_____
Notary Public

My commission expires:

 

PAPEL NOTARIAL

**Cc Nº 467287**



ESC. ALEJANDRA MARCELA FERNANDEZ FORNARI - 11287/8

//JANDRA FERNANDEZ FORNARI, ESCRIBANA CERTIFICO QUE: La firma consignada en

el Contrato que antecede, es auténtica y pertenece a la persona hábil y de mi conocimiento

**Gustavo BRAVETTI LAPIDO**, oriental, mayor de edad, de estado civil soltero, titular del

documento de identidad uruguayo número 3:754.311-8 y domiciliado en la calle Germán

Barbato 1543 apartamento 2 de Montevideo, República Oriental del Uruguay, quién lo otorgó

y suscribió en mi presencia previa lectura que del mismo le realicé, en idioma inglés, por ser

de conocimiento de la suscripta Escribana y del otorgante. **EN FE DE ELLO** a solicitud de

Gustavo bravetti Lapido, y para ser presentado ante quién corresponda, expido el presente

que signo, firmo y sello en Montevideo, República Oriental del Uruguay, el día veintiuno de

Enero del año dos mil cuatro.

Aleg. oficial
Artículo 6
Nov. 209.
Reat. Not. 8330
Fo —

Alejandro Fernandez Fornari
ESCRIBANA
Mat. 7026

EXHIBIT J

Tuesday July 26, 2005

## Inter-American Convention on Letters Rogatoryand Additional Protocol (Inter-American Service Convention)

**Disclaimer:** THE INFORMATION IN THIS CIRCULAR RELATING TO THE LEGAL REQUIREMENTS OF SPECIFIC FOREIGN COUNTRIES IS PROVIDED FOR GENERAL INFORMATION ONLY AND MAY NOT BE TOTALLY ACCURATE IN A PARTICULAR CASE. QUESTIONS INVOLVING INTERPRETATION OF SPECIFIC FOREIGN LAWS SHOULD BE ADDRESSED TO FOREIGN COUNSEL OR THE FOREIGN CENTRAL AUTHORITY FOR THE CONVENTION.

**In Force:** ARGENTINA, BRAZIL, CHILE, COLOMBIA, ECUADOR, GUATEMALA, MEXICO, PANAMA, PARAGUAY, PERU, UNITED STATES, URUGUAY and VENEZUELA.

**U.S. Central Authority:** Office of International Judicial Assistance, Civil Division, Department of Justice, 1100 L St., N.W., Room 11006, Washington, D.C. 20530, tel: (202) 307-0983; fax: (202) 514-6584.

**Summary:** The United States has a treaty relationship only with countries which are a party to the Convention and the Additional Protocol. The treaty provides a mechanism for service of documents by a foreign central authority. Requests are prepared on a Convention form and transmitted via the U.S. Central Authority in the Department of Justice. The text of the Convention and Additional Protocol are self-explanatory, but see the reservations and declarations each country made on accession to the treaty available in the Martindale-Hubbell Law Directory, Law Digest Volume, Selected International Conventions. Despite the title of the Convention, no formal letter rogatory in the traditional sense is required. The Convention form serves that purpose.

**Citations:** S. Treaty Doc. 98-27, 98th Cong., 2d sess., (1984), pp. III-V, XII.; 14 Int"l Leg. Mat. 339 (March 1975); 18 Int"l Leg. Mat. 1238 (1984); Martindale-Hubbell Law Directory, Law Digest Volume, Selected International Conventions; See also, Ristau, Int"l Judicial Assistance, Civil and Commercial, Int"l Law Institute, Vol. 1, Sec. P-17-5, p. 257-274.16; Epstein, International Litigation: A Guide to Jurisdiction, Practice and Strategy, Prentice Hall Law & Business, 1994 supp., Sec. 4.05, p. 4-24 - 4-28; Born & Westin, International Civil Litigation in United States Courts, (1989), p. 136-137; and Nash, Cumulative Digest of United States Practice in International Law, 1981-1988, p. 1555-1564 (1994).

**OAS Treaty Database:** The texts of the Convention and Additional Protocol and information about recent accessions is also available through the OAS Internet Treaty Database under Documents/Treaties and Conventions.

**Scope of the Convention:** Article 2 provides that the scope of the Convention is limited to civil and commercial matters. Article 16 permits states to apply the Convention to criminal and administrative matters. Only Chile has declared that it will apply the Convention in such cases. See Ristau, Vol. 1, Sec. 7-1-4, p. 259-261 (1995 supp.). For information about the use of formal letters rogatory to effect service in criminal or administrative matters, see our general Preparation of Letters Rogatory and Service of Process flyers. For prosecutors, in countries where a Mutual Legal Assistance in Criminal Matters (MLAT) treaty applies, the MLAT procedure may offer another alternative. Prosecutors may contact the Office of International Affairs, Criminal Division, Department of Justice for additional information (202) 514-0015 for additional information about MLATs. See our general flyer Obtaining Evidence Abroad for a list of MLAT treaties now in force.

**Mandatory Convention Forms USM-272/272A:** Submit a request for service in a foreign country party to the Convention and Additional Protocol on a form USM-272/272A, available at the office of any United States Marshal. See also, Martindale-Hubbell Law Directory, Law Digest Volume, Selected International Conventions; Ristau, Vol. 1, Sec. 7-4-5, p. 274.3 (1995 supp.); Epstein, App.-85 - App.-99, 1994 supp.; and Born & Westin, International Civil Litigation in United States Courts, (1989), Appendix E, p. 670-684. (See also, Department of Justice instructions to U.S. Marshal''s Service dated 1/9/90.) According to that instruction, all requests for information regarding the treaty or completion of the forms should be directed to the U.S. Central Authority in the Department of Justice. See Ristau, Vol. 1, Sec. 7-2-3(1), p. 264 (1995 supp.) re use of the forms.

**Number of Copies:** The request for service includes the following: (a) the original and two copies of the USM-272 and USM 272A forms and three copies of the summons and complaint or other documents to be served. See Ristau, Vol. 1, Sec. 7-2-3(4), p. 266 (1995 supp.).

**Annotating the Summons and Complaint:** Article 3 of the Additional Protocol calls for the "letters rogatory" to be prepared on the Convention forms (USM 272/272A). The United States has taken the position that the USM-272/272A satisfies this requirement, and that a separate, formal letter rogatory is not/not in fact required, provided that the Convention forms are utilized and that the summons and complaint (or other comparable document) reflect that the person to be served is located in the specified foreign country. Moreover, the complaint should reflect that because the person to be served is in the specified foreign country, service is to be sought pursuant to the Inter-American Convention on Letters Rogatory and Additional Protocol to which the United States and the specified country are parties. See Ristau, Vol. 1, Sec. 7-2-3(2), p. 265 (1995 supp.).

**Translations:** While it is not necessary to translate responses to the USM-272, USM 272A into the language of the foreign country, the documents to be served, such as a summons and complaint, must be translated into the foreign language. Some commentaries recommend translation of the forms as well to help ensure more timely assistance. See Ristau, Vol. 1, Sec. 7-2-3(3), p. 266 (1995 Supp.).

**Signature of Clerk of Court in U.S. Required:** Unlike the Hague Service Convention, the Inter-American Convention requires that the Convention form bear the seal and signature of the judicial or authority of the country of origin and the signature and stamp of the U.S. Central Authority. The clerk of the court in the U.S. where the action is pending must place their seal and signature on pages 2 and 5 of the USM-272 and USM-272A on the left hand side "Signature and stamp of the judicial or other adjudicatory authority of the state of origin". The U.S. Central Authority (Department of Justice) will execute the signature/stamp on the right hand side of page 2 and 5 of the USM-272/272A. See Ristau, Vol. 1, Sec. 7-2-5, p. 267 (1995 supp.). Article 2 provides that authorities competent to request service include judicial or other adjudicatory authorities, the latter term has not been defined.

**Fees:** Article 5 of the Additional Protocol provides that processing of requests shall be free of charge. However, it also provides that a state party to the Convention and Additional Protocol may seek payment by parties for services in accordance with local law. Article 6 of the Additional Protocol provides that each state shall attach a schedule of services and costs to its instrument of ratification or accession. Article 7 of the Additional Protocol provides that states may charge no fees based on reciprocity. Some foreign countries charge fees of $25.00 to the foreign central authority. Mexico and Argentina have made declarations that they do not charge the fee. Other countries party to the Convention and Additional Protocol have been silent on the subject. Therefore, if service is sought in

countries other than Mexico and Argentina, a certified check or money order in the amount of $25.00 made payable to the foreign central authority should be forwarded to the U.S. Authority with the USM-272/272A and the documents to be served. If no fee is charged the check will be returned. See Epstein, Sec. 4.05, p. 4-27 (1994 supp.); and Ristau, Vol. 1, Sec. 7-3-3, p. 270-271 (1995 supp.).

**Proof of Service:** The foreign central authority will execute page 7 of the forms as proof of service. See Ristau, Vol. 1, Sec. 7-3-4, p. 271 (1995 supp.).

**Special Note Re Border States:** Article 7 of the Convention provides that courts in border areas of the states parties may directly execute the letters rogatory contemplated in the Convention and such letters rogatory shall not require legalization. The U.S. Central Authority advises that border states such as Texas and even Florida have transmitted requests directly to foreign Central Authorities. The U.S. Central Authority advises that if attorneys representing clients in border states do transmit requests directly to foreign Central Authorities, proof of service is transmitted to the U.S. Central Authority. It is therefore imperative that the somewhere on the request it be stated where the executed request should be returned. The U.S. Central Authority would prefer that this information include the name and address of the attorney. Apparently, clerks of court in border states have be unable to identify the case when the executed request is returned by the U.S. Central authority. The U.S. Central Authority also advises that Article 7 notwithstanding, Mexico requires that a request transmitted from a border state to the Mexican Central Authority be fully authenticated with the seal of the Mexican embassy or consulate in the U.S.

**Exclusivity of the Convention:** The "Inter-American Service Convention" does reflect an effort by Inter-American countries to establish uniform procedures and may become more practically effective over time. In several reported and unreported cases, U.S. courts have held that the Convention is not the exclusive method of service for U.S. courts in countries party to the Convention. See Kreimerman v. Casa Veerkamp, S.A. 22 F 3d 634 (5th Cir. 1994); Mayztexil S.A. v. Liztez U.S.A., Inc., 1994 U.S. Dist. LEXIS 6663, S.D.N.Y. No. 92-Civ 452855, 5/19/94; Taylor v. Costa Cruises, Inc., 1992 U.S. Dist. LEXIS 11435; S.D.N.Y. No. 90, CIV 2630 (K.C.) 8/3/92; Pizzabiocche v. Vinelli, 772 F Supp. 1245, M.D. Fla. (1991). See Ristau, Vol. 1, Sec. 7-4-4, p. 274-274.2.

**Time Frame:** Time required to execute a Convention request is not much faster than the cumbersome letter rogatory procedure in some countries. Generally it can take 6 months to a year for a request to be executed. The U.S. Central Authority advises that Argentina and Peru have succeeded in processing requests more quickly, generally within three months.

**Practical Notes on Operation of the Convention:** There have been some practical problems with implementation of the Convention and Additional Protocol in certain countries. For example, some countries which have become parties to the Convention and Additional Protocol either have not designated a Central Authority or have not established the bureaucratic machinery to efficiently execute requests. The U.S. Central Authority advises that Venezuela is currently not executing requests forwarded to its Central Authority (April 1997). The Departments of State and Justice are exploring these problems. In some cases foreign countries claim never to have received requests transmitted by the U.S. Central Authority. To counter this, the U.S. Central Authority began transmitting requests by registered mail, however return receipts were never returned signed. However, the U.S. Central Authority has observed some success by foreign Central Authorities in accomplishing service within a reasonable period of time and it is expected that as foreign Central Authorities become more experienced the procedure will become more efficient as time goes on.

**Other Methods of Service:**

**Is Eventual Enforcement of a Judgment Abroad Anticipated:** Generally, the decision whether or not to utilize the Convention method of serving documents depends on whether other methods of service are acceptable under international law, under the laws of the foreign country and under U.S. federal or state law. If eventual enforcement of a judgment is foreseen, it may be prudent to seek guidance from a foreign attorney regarding the best method of service to employ. Lists of foreign attorneys prepared by U.S. embassies and consulates abroad are available from this office.

**Service by Mail:** Neither the Convention nor the Additional Protocol expressly provide for service by mail. Local (foreign) law would determine whether service by mail is acceptable in that country. But see, FTC v. Compagnie de Saint-Gobain-Pont-a-Mousson, 636 F. 2d 1327, n. 150 (D.C. Cir. 1980) on the issue of service via international registered mail when the document to be served is not compulsory or punitive when there is no treaty obligation to refrain from such methods of service. See Ristau, Vol. 1, Sec. 7-3-5(2), p. 271 (1995 supp.).

**Service by Formal Letters Rogatory - Using Diplomatic Channel:** Although Article 4 of the Convention allows for the continued transmittal of formal letters rogatory requesting service of process utilizing the traditional diplomatic and consular channel, Article 1 of the Additional Protocol''s provision quoted above mandates that requests must be transmitted via the central authority. See Ristau, Vol. 1, Sec. 7-3-5(3), p. 271-272 (1995 supp.). Moreover, the U.S. Central Authority advises that it has been informed when a request is sent outside the Central Authority channel, foreign authorities return the request unexecuted with instructions to submit the request through the Central Authority under the Convention. Confusion about the use of the diplomatic channel continues. The U.S. Central Authority advises, for example, that a number of countries party to the Convention require that the U.S. Central Authority transmit the request to the foreign Central Authority through the foreign embassy in Washington, D.C., although this contradicts the purpose of the Convention.

**U.S. Reservation Re Obtaining Evidence:** In acceding the Convention, the United States made a reservation pursuant to Article 2(b) of the Inter-American Convention on Letters Rogatory, letters rogatory that pertain to obtaining evidence are excluded from the operation of the Convention between the United States and other countries party to the Convention. Contact this office for information about obtaining evidence.

**Service in the U.S. Under the Convention:** For incoming requests from foreign treaty countries for service in the U.S., the Office of International Judicial Assistance in the Department of Justice will forward the requests to the appropriate U.S. Marshal''s offices for service and processing in the same manner as those received under the Hague Service Convention. The U.S. is required to charge a reciprocal fee for service in the U.S. of $25.00 payable to the U.S. Treasurer for requests from any country which charges a fee for requests for service in the foreign country.

**Foreign Central Authorities:** According to the Organization of American States, the following are addresses of foreign central authorities:

**ARGENTINA**

Minister of Foreign Affairs
Reconquista 402
1405 Buenos Aires

Argentina

tel: (011) (54) (01) 3113113, 3110188, 3113999
No Fee.

**BRAZIL**

Esplanada dos Ministérios
Ed. Sede do Ministério da Justica
Bloco "T" - 4 andar, sala 418
Autoridade Central
Secretaria Especial dos Direitos Humanos
Brasilia, DF
70.064-900

tel: (61) 429-3481
fax: (61) 226-2971

**CHILE**

Ministry of Foreign Affairs
Compania Esq.
Morande, Ex edificio Deo
Congreso
Santiago, Chile

**COLOMBIA**

Oficina de Cooperacion Judicial
Subsecretaria de Asuntos Consulares
del Ministerio de Relaciones Exteriores
Carrera 6, No. 9-46
Santafe de Bogota, D.C.
Colombia
Tel: 011-57-1-283-2800, extension 3155 or 3156
Fax: 011-57-1-286-6055 or 286-1813

**ECUADOR**

Ministry of Foreign Affairs
Departamento de Juridico
Carrion y Diez de Agosto
Quito, Ecuador

tel: (011) (593) (02) 230100
Contact: Sr. Diego Cordovez, Minister

**GUATEMALA**

Presidencia de la Corte Suprema de Justica
3ER Nivel
Centro Civico
21 Calle 7-70, Zona 1
Guatemala City
Guatemala, C.A.

tel: (011) (502) (2) 232-0516, extension 4000

Contact: Dr. Edmundo Zasquez, President

## MEXICO

Direccion General De Asuntos Juridicos
Direccion Juridicio Contenciosa
Departamento De Exhortos Y
Relaciones Con Embajadas
Secretaria De Relaciones Exteriores
Flores Magon No. 1, Col. Tlaltelolco
Mexico, D.F., Mexico

tel: (011) (905) 782 3624
No Fee. Mexico does not consider service by private individuals such as attorneys, investigators or private process servers to be valid in Mexico.

## PANAMA

Ministerio de Relaciones Exteriores
Calle 24, Plaza Porras
Panama 1, Republic of Panama

## PARAGUAY

Ministerio de Relacciones Exteriores
Jeoleary y Eayala
Asuncion, Paraguay

tel: (011) (595) (21) 444 457

## PERU

(1) Documents can be forwarded to the Embassy of Peru in Washington, D.C.

Embassy of Peru
Consular Section (Attn: Mr. Schialer)
1700 Massachusetts Ave. N.W.
Washington, D.C. 20036
(2) Supreme Court of Justice
Paseo de la Republica
SN Lima 1, Peru

tel: (011) (51) (14) 284853, 283690

## URUGUAY

Ministry of Education and Culture
(Asesoria Autoridad Central de Cooperacion
Juridica Internacional)
Reconquista, #535
Montevideo, Uruguay

tel: (011) (598) (02) 46016, 403873

## VENEZUELA

Ministeria de Justica
Dr. Harold Velazquez

Direccion General de Justica y Cultos
Direccion de Justica
Departamentado de Exhortos y Cartas Rogatorias
Piso 6, Av. Urdaneta, esquina de Platanal
Caracas 1010

tel: 506-15-11

MFA - Cancilleria
Dr. Hilda Martinez
Direccion de Servicio Consular Nacional
Departamentado de Exhortos y Cartas Rogatorias
Piso 5, esquina de Carmelitas
Torre, MRE
Caracas 1010

tel: 806-45-25

**Selected Bibliography:**

Federal Register 31132, Vol. 53, No. 159, Wednesday, August 17, 1988 announced entry into force of the Convention and address of U.S. Central Authority.

Federal Register, Vol. 53, No. 85, Tuesday, May 3, 1988, April 28, 1988, Executive Order 12638, Delegation of Functions Relating to the Implementation of the Convention and Additional Protocol to the United States Department of Justice.

Born, International Litigation, The International Lawyer''s Deskbook, Section of International Law and Practice, American Bar Association, p. 281 (1996).

Born & Westin, International Civil Litigation in United States Courts, (1989), p. 136-137; Appendix E, p. 670-684.

Carl, Service of Judicial Documents in Latin America, Vol. 53, No. 3, Denver Law Journal 455-475 (1976).

Epstein, International Litigation: A Guide to Jurisdiction, Practice and Strategy, Prentice Hall Law & Business, Sec. 4.05, p. 4-24 - 4-28 (1994 supp.).

Kearney, Developments in Private International Law, 81 Am. J. Int''l. L. 724, 737 (1987).

Low, International Judicial Assistance Among the American States: Inter-American Conventions, 18 Int''l Law. 705 (1984).

McDowell, Digest of United States Practice in International Law, Department of State, Office of the Legal Adviser, 1975, 893 (1975).

Nash, Digest, United States Practice in International Law, Department of State, Office of the Legal Adviser, 1979, 1868-1882 (1979).

Nash, Cumulative Digest of United States Practice in International Law, Department of State, Office of the Legal Adviser, 1981-1988, p. 1441, 1555-1564 (1994).

Ristau & Laguna, The Inter-American Letters Rogatory Convention, Arizona J. of Int''l. & Comp. L. 124, 138 (1985).

Ristau, International Judicial Assistance (Civil and Commercial), International Law Institute, Vol. 1, Sec. 7-1-5, p. 257-274.16 (Supp. 1995).

**Additional Information:** The Office of American Citizens Services has available general information flyers on international judicial assistance. These topics include country-specific information about service of process and obtaining evidence abroad.

Hague Evidence
Hague Service
Service of Process - General
Obtaining Evidence - General
Preparation of Letters Rogatory - General
Foreign Sovereign Immunities Act
Hague Legalization of Documents
Authentication - General

**Using the Internet:** Many of our judicial assistance flyers are available on the Internet via the Department of State, Bureau of Consular Affairs home page . See also, the Department of State, Office of the Legal Adviser for Private International Law home page for information regarding the work of the OAS at Private International Law Unification. See also the home pages for many of our embassies. As noted above, the text of the Convention and updated information concerning countries which have acceded to the Convention can be found in the Martindale-Hubbell Law Directory, Law Digest Volume .

**Treaty Databases on the Internet:**

United States Department of State, Office of the Legal Adviser, Treaty Affairs, List of Treaties and Other International Agreements **of the United States In Force:**

**United Nations (UN):** Databases/Treaties

Council of Europe **(COE):** under Texts/Treaties

**Questions:** Additional questions regarding the operation of the Inter-American Service Convention should be addressed to the U.S. Central Authority, the Office of International Judicial Assistance, Civil Division, Department of Justice, tel: (202) 307-0983. General questions may also be addressed to the Inter-American Services Division of the Office of American Citizens Services at (202) 647-5118 or 202-647-5226.

Return to Judicial Assistance Page

This site is managed by the Bureau of Consular Affairs, U.S. Department of State.
External links to other Internet sites should not be construed as an endorsement of the views contained therein.

EXHIBIT K

 

42-59 Reserved

### *TABLE OF CONTENTS*

## 41.00 - OBTAINING FOREIGN EVIDENCE AND OTHER TYPES OF ASSISTANCE FOR CRIMINAL TAX CASES

41.01 INTRODUCTION

41.02 OBTAINING FOREIGN EVIDENCE OR OTHER TYPES OF ASSISTANCE UNDER MUTUAL LEGAL ASSISTANCE TREATIES

    41.02[1] Background

    41.02[2] MLATs Currently in Effect

    41.02[3] The Extent of Tax Coverage in MLATs

    41.02[4] Designation of a Central Authority to Administer the MLAT for Each Treaty Partner

    41.02[5] Public Law Enforcement Purpose of MLATs

    41.02[6] Matters for Which Assistance Is Available under MLATs

    41.02[7] Types of Assistance Available under MLATs

    41.02[8] Procedures for Making Requests for Assistance

    41.02[9] Contents of a Request

    41.02[10] Limitations on Use of Evidence or Information Obtained

    41.02[11] Obligation to Return the Items Provided

41.03 MUTUAL LEGAL ASSISTANCE UNDER FOREIGN STATUTES WHERE NO FORMAL TREATY RELATIONSHIP EXISTS

41.04 OBTAINING FOREIGN EVIDENCE UNDER TAX INFORMATION EXCHANGE AGREEMENTS AND TAX TREATIES

    41.04[1] Background

    41.04[2] Tax Information Exchange Agreements (TIEAs)

    41.04[3] TIEAs Currently in Effect

    41.04[4] Information Exchange under Tax Treaties

    41.04[5] Tax Treaties Currently in Effect

41.04[6] Scope of TIEAs and Income Tax Treaties

41.04[7] Designation of a Competent Authority to Administer TIEAs and Tax Treaties for Each Treaty Partner

41.04[8] Procedures for Making Requests For Information

41.04[9] Contents of a Request

41.04[10] Confidentiality of Information Obtained

41.04[11] Possible Problems with Exchanging Information under TIEAs and Income Tax Treaties

41.05 USING LETTERS ROGATORY AND OTHER JUDICIAL PROCEDURES TO OBTAIN EVIDENCE IN CRIMINAL TAX CASES

41.05[1] Background

41.05[2] Deposition by Stipulation, Notice, or Commission

41.05[3] Depositions by Letters Rogatory

41.05[4] Procedures for Obtaining Assistance by Letters Rogatory

41.05[5] Problems with the Letters Rogatory Process Generally

41.05[6] Specific Problems with the Letters Rogatory Process When Used in Criminal Tax Cases

41.06 USING COMPULSORY MEASURES TO OBTAIN FOREIGN EVIDENCE

41.06[1] Background

41.06[2] The Use of Subpoenas or Summonses to Obtain Foreign Evidence Directly

41.06[3] The Use of Subpoenas to Obtain Testimony of a Nonresident Temporarily in the United States

41.06[4] The Use of Compelled Directives to Obtain Disclosure of Financial Matters Covered by Foreign Secrecy Laws

41.06[5] The Use of Subpoenas Issued to United States Citizens or Residents Abroad

41.06[6] Jurisdictional Conflicts Arising from the Use of Certain Unilateral Measures

41.07 CONCLUSION

---

**41.00** *OBTAINING FOREIGN EVIDENCE AND OTHER TYPES OF ASSISTANCE FOR CRIMINAL TAX CASES*

## 41.01 *INTRODUCTION*

This section provides a detailed analysis of the various means available to federal prosecutors for obtaining foreign evidence and other types of international assistance in criminal tax cases. The means analyzed here include mutual legal assistance treaties (MLATs) and similar processes, tax information exchange agreements (TIEAs) and tax treaties, court-sponsored procedures for taking foreign depositions, including letters rogatory, and the use of unilateral compulsory measures, such as subpoenas, for obtaining foreign evidence.

Obtaining foreign evidence and other types of international assistance under the various processes described here usually requires considerable amounts of time and can cause significant delays in an investigation or trial proceeding. Thus, a prosecutor should initiate seeking such evidence or assistance through the appropriate process as soon as possible.

It is extremely important to remember that no United States investigator or prosecutor should contact foreign authorities or witnesses, whether by telephone or other means, or undertake foreign travel,without obtaining the proper clearances or authorizations. Prosecutors under the jurisdiction of the Department of Justice are required to coordinate and clear all such contacts and travel through the Office of International Affairs ((202) 514-0000).

### 41.05 *USING LETTERS ROGATORY AND OTHER JUDICIAL PROCEDURES TO OBTAIN EVIDENCE IN CRIMINAL TAX CASES*

### 41.05[1] *Background*

Before the advent of tax treaties, MLATs, TIEAs, and other types of mutual assistance agreements, law enforcement authorities (just as private litigants) primarily relied upon deposition by stipulation, deposition by notice, deposition by commission, and letters rogatory, all judicially sponsored procedures, to obtain evidence abroad in both civil and criminal cases. *See* Fed. R. Crim. P. 15. This section briefly explores the basics of these various procedures and their limitations, especially in criminal tax cases.

### 41.05[2] *Deposition by Stipulation, Notice, or Commission*

There are three types of procedures under which a U.S. prosecutor can obtain foreign source testimony without the assistance of foreign authorities, assuming the witness is willing to testify voluntarily and the foreign country's laws do not prohibit the litigant's taking of that

First, the parties to the litigation may agree to take testimony abroad by stipulation. *See* Fed. R. Crim. P. 15(g). Under this procedure, the parties simply agree as to the necessary circumstances of the deposition, *i.e.*, the official before whom the testimony will be taken, the time and place of the deposition, the type of notice to be given, the manner in which the deposition is to be conducted. If the parties can so agree, the stipulation procedure is the most expeditious method of taking foreign testimony.

Second, a litigant may take a foreign deposition by notice. *See* Fed. R. Crim. P. 15(d), providing that depositions in criminal matters shall be taken and filed in the same manner as civil actions (as provided for in Fed. R. Civ. P. 28(g)). Under this procedure, the moving party may arrange a deposition "on notice before a person authorized to administer oaths in the place in which the examination is [to be] held, either by the law thereof or by the law of the United States,..." Fed. R. Civ. P. 28(b)(1). This party must make the necessary arrangements for the deposition, such as assuring the presence of the witness, scheduling the services of an appropriate foreign official, a reporter for the transcript, and, if necessary, an interpreter.

Third, a litigant may take a foreign deposition by commission. *See* Fed. R. Crim. P. 15(d), providing that depositions in criminal matters shall be taken and filed in the same manner as civil actions (as provided for in Fed. R. Civ. P. 28(g)). Under this procedure, the moving party may arrange a deposition "before a person commissioned by the court, and a person so commissioned shall have the power by virtue of the commission to administer any necessary oath and take testimony,..." Fed R. Civ. P. 28(b)(2). This procedure is similar to the notice procedure except that the court appoints the person, *i.e.*, the commissioner, before whom the deposition is to be taken.

Each of these procedures is available to United States prosecutors handling criminal tax cases, (5)

but, as mentioned above, only where the foreign-based witness voluntarily submits to the deposition and the particular country does not object to the evidence taking within its borders. The latter condition becomes prohibitive if the state in question is a civil law country. Such jurisdictions are inclined to regard evidence taking by any person other than their own legal authorities as violative of their sovereignty. Where such circumstances bar any of these three approaches and no treaties or agreements for assistance are available, the last resort is usually to a letter rogatory to obtain evidence abroad.

## 41.05[3] *Depositions by Letters Rogatory*

The traditional method used by United States litigants to enlist the assistance of foreign authorities to obtain evidence abroad, in both civil and criminal cases, is a letter rogatory, also known as a letter of request.

Basically, a letter rogatory is a formal request from a court, in which an action is pending, to a foreign court to perform some judicial act. If the foreign court honors the request, it does so based on comity rather than any sort of strict obligation. As this definition suggests, a letter rogatory can usually only be used in a proceeding which has actually commenced, such as in the post-indictment stages of a criminal case or the post-complaint stages of a civil case, but this is not an iron-clad rule. (6) The route of a letter rogatory is quite circuitous and involves many diverse entities in an uncoordinated process. Typically, a litigant initiates the process by applying to the court, before which the particular action is pending, for the issuance of a letter rogatory, supporting the application with a set of complicated and formalistic pleadings.

Upon signature by the court, the letter rogatory must be transmitted through diplomatic

channels, which involves not only the U.S. State Department but also the foreign ministry of the country involved. The foreign ministry delivers the request to the country's ministry of justice, which in turn delivers it to the foreign court originally contemplated to execute the letter request. If the request is successfully executed, the evidence must retrace the path of the request.

### 41.05[4] *Procedures for Obtaining Assistance by Letters Rogatory*

The procedures for utilizing the letters rogatory process, once a prosecutor has secured the court's leave to do so under Fed. R. Crim. P. 15, are not as well defined and standardized as those for obtaining assistance under MLATs, TIEAs, and tax treaties. For example, the channel for sending a "letter request" (the term often employed for a letter rogatory request, especially for the countries following the common law system of the United States) to certain countries is the State Department, as generally described above. However, for certain countries, such as the United Kingdom and Hong Kong, OIA has developed an expedited channel for transmitting letter requests, so that certain stopping points along the way of the traditional channel have been eliminated, thereby speeding up the overall process.

Also, the form of the letter request can vary according to the country of destination. Thus, the best approach for initiating a letter request is to follow the initial phase of the MLAT procedure, namely, contact OIA (202-514-0000) and request to speak to the attorney in charge of the country from which assistance is sought.

### 41.05[5] *Problems with the Letters Rogatory Process Generally*

While the letter rogatory procedure is the traditional method of obtaining assistance abroad, it is certainly not without its flaws. Thus, there is no obligation that the foreign country honor the request; the foreign country's enabling legislation, if any, may not provide any exceptions to that country's bank secrecy laws; there are no mutually agreed upon procedures which ensure the obtaining of evidence in admissible form; the multiple stages of the process, involving diverse entities, generate serious time delays; and, the procedure may not be available at crucial stage of a proceeding, *e.g.*, the investigation of a criminal offense, where it may be needed most. To address these critical problems, law enforcement authorities developed new methods to gather foreign evidence, such as the MLAT.

### 41.05[6] *Specific Problems with the Letters Rogatory Process When*

### *Used in Criminal Tax Cases*

In addition to the problems which afflict the letters rogatory process generally, prosecutors seeking to obtain foreign evidence through this process for tax cases may face a unique roadblock in jurisdictions following the common law tradition of the United Kingdom. [7] This possible obstacle is the international rule of comity that one nation will not directly or indirectly enforce the revenue laws of another nation.

In its most basic form, the rule is that the courts of one country will not enforce a judgment for taxes issued by the court of another country. [8] The rule seems to have originated in two opinions of Lord Mansfield in 1775 and 1779. [9] However, the modern bedrock of the rule seems to be the House of Lords' decision in *Government of India v. Taylor*, [1955] 2 W.L.R. 303 (hereinafter *India v. Taylor*), [10] where the tax authorities of India sued to collect moneys in the United Kingdom based on a tax judgment issued by an Indian court. While most common law jurisdictions, including the United States, seem to accept this basic form of the rule as elementary and without dispute, [11] its application beyond this realm has varied. [12] In one of its broader forms, the rule prohibits one country from granting another country's request for information or evidence for any tax-related proceeding in the requesting country, either in

a civil <sup>(23)</sup> or criminal <sup>(24)</sup> matter.

In any event, until the decision was overturned, there had been serious fallout from the decision of the United Kingdom Court of Appeal in ***In re State of Norway's Application***, [1987] 1 Q.B. 433 (C.A.), where that Court construed the rule to operate in the broader sense. Thus, the United Kingdom and the common law countries which follow its legal precedent were rejecting the letter rogatory requests of U.S. tax authorities based on the dicta in that decision. Fortunately for U.S. prosecutors seeking foreign evidence in tax cases, the House of Lords, the highest court of the United Kingdom, reversed the Court of Appeal in ***In re State of Norway (No.1), et al.***, slip op. (H.L. Feb. 16, 1989) (consolidated appeals and cross appeals), holding that simply providing evidence to another state for that state to use to enforce its revenue laws does not constitute the direct or indirect enforcement of another state's revenue laws. This decision should dramatically enhance mutual assistance from countries following English Common Law in civil and criminal tax cases, especially between governmental authorities.