UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>              Plaintiff,<br><br>v.<br><br>DREAMWORKS SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>  DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>              Defendants. | CIVIL ACTION No. 05-CV-10807 NG |

**DEFENDANTS' MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Fed. R. Civ. P. 12(b)(2), and for the reasons set forth more fully in the Affidavits of Nissim J. Baly, John Ehlers, Jr. and John A. Shope, and in the accompanying memorandum of law, defendants DreamWorks Productions, LLC, DreamWorks International Distribution, LLC, Latin Music Entertainment, Inc. and Dimelo! Records hereby move this Court for entry of an order dismissing this action for lack of personal jurisdiction.

- 2 -

| | |
|---|---|
| LATIN MUSIC ENTERTAINMENT, and DIMELO! RECORDS, | DREAMWORKS PRODUCTIONS, LLC and DREAMWORKS INTERNATIONAL DISTRIBUTION, LLC, |
| By their attorney, | By their attorneys, |
| /s/ William S. Strong | /s/ Gabriel M. Helmer |
| William S. Strong (BBO No. 483520)<br>KOTIN, CRABTREE & STRONG, LLP<br>One Bowdoin Square<br>Boston, Massachusetts 02114<br>(617) 227-7031 | John A. Shope (BBO No. 562056)<br>Gabriel M. Helmer (BBO No. 652640)<br>Michael C. Martin (BBO No. 653876)<br>FOLEY HOAG LLP<br>155 Seaport Blvd.<br>Boston, Massachusetts 02210<br>(617) 832-1000 |

**CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that on July 26, 2005, John A. Shope, Esquire, counsel for the all DreamWorks defendants and HBO, attempted to confer with William Carroll, Esquire, counsel for Neutone Recordings, in a good faith attempt to resolve the issues raised in this motion and was unable to resolve this matter.

/s/ Gabriel M. Helmer
Gabriel M. Helmer

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2005, I caused a true copy of the above document to be served upon William Carroll, Esquire, counsel for Neutone Recordings, by facsimile and mail.

/s/ Gabriel M. Helmer
Gabriel M. Helmer

B3074765.1