UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>Plaintiff,<br><br>v.<br><br>DREAMWORKS, SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.05-cv-10807-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The undersigned hereby notices his appearance on behalf of the defendants, Latin Music Entertainment and Dimelo! Records and requests that he receive electronic notices of filing in the above captioned matter.

/s/ William S. Strong
William S. Strong, Esq., BBO #483520
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
Fax: (617)367-2988

Dated: July 28, 2005