UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>  Plaintiff,<br><br>  v.<br><br>DREAMWORKS, SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>  Defendants. | Civil Action No.05-cv-10807-NG |

## NOTICE OF APPEARANCE

The undersigned hereby notices her appearance on behalf of the defendants, Latin Music Entertainment and Dimelo! Records and requests that she receive electronic notices of filing in the above captioned matter.

/s/ Amy C. Mainelli
William S. Strong, Esq., BBO #483520
Amy C. Mainelli, Esq., BBO #657201
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, MA 02114
(617) 227-7031
Fax: (617)367-2988

Dated: July 28, 2005