UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
NEUTONE RECORDINGS,                    )
                                       )
                                       )
                Plaintiff,             )
                                       )   Civil Action No. 05-CV-1087 NG
        v.                             )
                                       )
DREAMWORKS SKG,                        )
DREAMWORKS, INC.,                      )
DREAMWORKS DISTRIBUTION, LLC,          )
DREAMWORKS PRODUCTIONS, LLC,           )
DREAMWORKS INTERNATIONAL               )
DISTRIBUTION, LLC,                     )
DREAMWORKS, LLC,                       )
DREAMWORKS FILMS, LLC                  )
HOME BOX OFFICE, INC.,                 )
LATIN MUSIC ENTERTAINMENT, and         )
DIMELO! RECORDS                        )
                                       )
                Defendants.            )
_____)

**STIPULATION EXTENDING TIME TO REPLY TO
DEFENDANTS' MOTION TO TRANSFER VENUE;
TO DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL
JURISDICTION;
TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO JOIN NECESSARY
AND INDISPENSABLE PARTIES; AND
TO DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO NAME THE
CORRECT PARTY**

This stipulation is made and entered into as of this 4th day of August, 2005 by and

between the Plaintiff Neutone Recordings ("Neutone") and the Defendants Dreamworks SKG,

Dreamworks, Inc., Dreamworks Distribution, LLC, Dreamworks Productions, LLC,

Dreamworks International Distribution, LLC, Dreamworks, LLC, Dreamworks Films, LLC,

Home Box Office, Inc., Latin Music Entertainment, and Dimelo! Records ("Defendants") (collectively, "the Parties").

### Recitals

WHEREAS, on July 27, 2005, in the above entitled action, Defendants filed a Motion To Transfer Venue, a Motion To Dismiss For Lack Of Personal Jurisdiction, a Motion To Dismiss For Failure to Join Necessary and Indispensable Parties and a Motion To Dismiss For Failure To Name The Correct Party (collectively the "Defendants' Motions");

WHEREAS, Neutone requires additional time to prepare a reply to Defendant's Motions, the Parties hereby stipulate and agree as follows:

1. The time in which Neutone may reply to Defendants' Motions is extended to and including August 27, 2005;

2. Nothing in this stipulation shall be construed as a waiver on the part of Neutone to seek additional time to reply to Defendant's Motions, or as a waiver on the part of Neutone to oppose any such request.

Respectfully submitted,

NEUTONE RECORDINGS

By its attorneys,

_____
David Herlihy (BBO No. 541907)
14 Staniford Street
Newton, MA 02466
(617) 964-4006

Respectfully submitted,

Dreamworks entities and ,

Home Box Office, Inc.

By its attorney,

_____ (Assented to)
John Shope (BBO No. #562056)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

2

_[signature]_
William Carroll (BBO No.076400)
48 Forest Street
Wakefield, MA 01880
(781) 621-8258

Respectfully submitted,

LATIN MUSIC ENTERTAINMENT and

DIMELO! RECORDS

By its attorney,

_[signature]_ (Assented to)
William Strong (BBO No.#483520)
Kotin, Crabtree & Strong
One Bowdoin Square
Boston, MA 02114

Dated: August 4, 2005

## CERTIFICATE OF SERVICE

I, David Herlihy, hereby certify that I served the foregoing document by facsimile and first-class mail to counsel John Shope, Foley Hoag LLP, 155 Seaport Boulevard, Boston MA 02110, and counsel William Strong, Kotin, Crabtree & Strong, One Bowdoin Square, Boston, MA 02114 this 4th day of August, 2005.

_[signature]_
David Herlihy

3