UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| NEUTONE RECORDINGS,<br><br>        Plaintiff,<br><br>v.<br><br>DREAMWORKS SKG,<br>DREAMWORKS, INC.,<br>DREAMWORKS DISTRIBUTION, LLC,<br>DREAMWORKS PRODUCTIONS, LLC,<br>DREAMWORKS INTERNATIONAL<br>  DISTRIBUTION, LLC,<br>DREAMWORKS, LLC,<br>DREAMWORKS FILMS, LLC,<br>HOME BOX OFFICE, INC.,<br>LATIN MUSIC ENTERTAINMENT,<br>and DIMELO! RECORDS,<br><br>        Defendants. | CIVIL ACTION No. 05-CV-10807 NG |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all of their respective claims and counterclaims against each other in the above-referenced above-captioned matter shall be, and they hereby are, dismissed with prejudice. All rights of appeal are expressly waived and each side shall bear its own costs and fees.

DREAMWORKS DISTRIBUTION, LLC,
DREAMWORKS PRODUCTIONS, LLC,
DREAMWORKS INTERNATIONAL
 DISTRIBUTION, LLC,
DREAMWORKS, LLC,
DREAMWORKS FILMS, LLC,
HOME BOX OFFICE, INC.,

By their attorneys,

_/s/ John A. Shope_
John A. Shope (BBO No. 562056)
Gabriel M. Helmer (BBO No. 652640)
Michael C. Martin (BBO No. 653876)
FOLEY HOAG LLP
155 Seaport Blvd.
Boston, Massachusetts 02210
(617) 832-1000

NEUTONE RECORDINGS,

By its attorney,

_/s/ William Carroll_
William Carroll, Esquire (BBO No. 076400)
48 Forest Street
Wakefield, MA 01880
(781) 621-8258

LATIN MUSIC ENTERTAINMENT,
and DIMELO! RECORDS,

By their attorney,

_/s/ William S. Strong_ (by permission)
William S. Strong (BBO No. 483520)
KOTIN, CRABTREE & STRONG, LLP
One Bowdoin Square
Boston, Massachusetts 02114
(617) 227-7031

Dated: August 19, 2005